(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORIGINAL

(1) **Larry F. Wilson**      **299-498**
(Name of Plaintiff)      (Inmate Number)

**P.O Box 500 SCI Georgetown De**
(Complete Address with zip code) **19947**

(2) _____**NA**_____
(Name of Plaintiff)      (Inmate Number)

_____**NA**_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) **First Correctional Medical**
(2) **Nurse Rachel Catwright**
(3) **Dr. Ali**
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 
: 
: 
: 
: **05 - 437**
: 
: (Case Number)
: ( to be assigned by U.S. District Court)
: 
: 
: **CIVIL COMPLAINT**
: 
: 
: • • Jury Trial Requested
:
: FILED
: JUN 27 2005
: U.S. DISTRICT COURT
: DISTRICT OF DELAWARE

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   **Wilson v. Rienhart           (Sue L. Robinson)**
   **Wilson v. Foskey and Harmon (Sue L. Robinson)**

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?   • (Yes)   • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?   • (Yes)   • • No

C. If your answer to "B" is (Yes):
   1. What steps did you take? _This is the only one due to the fact I seek finicial award_
   2. What was the result? _and that medical malpractice was committed_

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _First Correctional Medical_
Employed as _Medical Carrier_ at _SCI_
Mailing address with zip code: _875 Smyrna Landing Road Smyrna, De 19977_

(2) Name of second defendant: _Nurse Rachel Catwright_
Employed as _Nurse_ at _SCI_
Mailing address with zip code: _P.O Box 500 Georgetown De 19947_

(3) Name of third defendant: _Dr. Alli_
Employed as _Doctor_ at _____
Mailing address with zip code: _I don't know, I do know that the nurse called this Doctor_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. First Correctional Medical is involved because they were the medical provider at S.C.I and they are the employer of Nurse Rachel

2. Nurse Rachel is involved because she is the one who caused pain and suffering who made decisions with no X-Rays and who committed medical malpractice.

3. Doctor aLi is involved because he/she made diagnose over phone with no X-ray and who also committed medical malpractice

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I am seeking finicial relief for pain and suffering and for feature problems that I may have because of injury brought on by defendant. Medical Malpractice

3



1935 U.S. POSTAGE $01.98
7924 FROM ZIP CO
6476

I/M: Larry F Wilson  BLDG. Hu 5
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500 SBI 299 466
GEORGETOWN, DELAWARE 19947

Clerk of Court
United States District Court
844 N King St. Lock Box 18
Wilmington, Delaware 19801-3570

