On June 11, 2005 approx 11:40 AM I completly broke and disfigured my finger from playing basketball. I immediatly notified the Housing officer who was officer Carby at Housing Unit 5 in pre-trial. The officer then notified the medical dept and I was told to go there.

When I got to medical Cpl. Dube and nurse Rachel were there, immediatly upon my arrival nurse Rachel approached me with a popsicle stick, tape, and guaze she stated that this was all they had to offer at the time. I then explained that you can clearly see my finger is sevrily broken and needs emergincy medical attention. At that time the nurse got on the phone with a Dr. Ali who is unknown to me. When nurse Rachel finished the phone call with Dr. Ali she stated that from her discription of my injury the doctor believed my finger to be dislocated (Note: Making a diagnose over the phone with no x-ray.) and for me to take two pain pills and then let her nurse Rachel try to pop my finger back in place. I disagreed with their decision but agreed to return in (30) thirty minutes.

Once I returned the nurse was on the phone with the doctor and what I believe was being given directions how to pop a finger in place as

she was twisting pulling and bending my broken disformed finger. (Note: This was done before any X-rays where taken)

At this time I thought I was going to pass out from the pain that nurse Rachel was causing me. And also I believe she was causing futher damage. CPL Duke witnessed this whole incident.

Nurse Rachel realized that it was not going back in place and stopped to call the doctor again. When she returned from her phone call she (nurse Rachel) explained to me that the doctor stated for her to give me another pain pill and try again in 30 more minutes. (Note: No X-ray was ever ordered.)

When I returned to the medical Cpl Duke and Nurse Rachel were there and at that time nurse Rachel stated to me that she was not going to touch my finger again and she was going to tell the doctor it my finger was not changing and in fact it was broke. (Note No X-Rays) Why was this not done to began with?

I was then sent to the Hospital (BeeBee) in Lewes De, 1997, where X-rays were taken and a diagnose was made that my finger was broken complitky in half and a minor fracter also to the finger at this time I was placed in a

half cast and told to see a orthepedic surgen in 5-7 days.
On June 14, 2005 I was talking to C/O Mumford and he stated to me that he was talking to nurse Rachel about me and she stated that when she first saw my hand she knew my finger was broke. So why did nurse Rachel cause me more pain, and more problems to my injury?

Witness
C/O Darby
CPL. Duke
C/O Mumford

2. _____
_____
_____
_____
_____
_____

3. _____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6th__ day of __June__, 2_005_.

_Larry J. Wilson_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4