Printed: 6/27/2005

## Average Daily Balance For Pauper Filing

Page 1 of 3

For Days the Individual was in Residence at SCI from 1/30/2005 through 5/31/2005

SBI: 00299498       NAME:   WILSON, LARRY F

| Date | Balance |
|---|---|
| 01/30/2005 | $0.00 |
| 01/31/2005 | $0.00 |
| 02/01/2005 | $0.00 |
| 02/02/2005 | $0.00 |
| 02/03/2005 | $0.00 |
| 02/04/2005 | $0.00 |
| 02/05/2005 | $0.00 |
| 02/06/2005 | $0.00 |
| 02/07/2005 | $0.00 |
| 02/08/2005 | $0.00 |
| 02/09/2005 | $0.00 |
| 02/10/2005 | $0.00 |
| 02/11/2005 | $0.00 |
| 02/12/2005 | $0.00 |
| 02/13/2005 | $0.00 |
| 02/14/2005 | $0.00 |
| 02/15/2005 | $0.00 |
| 02/16/2005 | $0.00 |
| 02/17/2005 | $0.00 |
| 02/18/2005 | $0.00 |
| 02/19/2005 | $0.00 |
| 02/20/2005 | $0.00 |
| 02/21/2005 | $0.00 |
| 02/22/2005 | $0.00 |
| 02/23/2005 | $0.00 |
| 02/24/2005 | $0.00 |
| 02/25/2005 | $0.00 |
| 02/26/2005 | $0.00 |
| 02/27/2005 | $0.00 |
| 02/28/2005 | $0.00 |
| 03/01/2005 | $0.00 |
| 03/02/2005 | $0.00 |
| 03/03/2005 | $0.00 |
| 03/04/2005 | $0.00 |
| 03/05/2005 | $0.00 |
| 03/06/2005 | $0.00 |
| 03/07/2005 | $0.00 |
| 03/08/2005 | $0.00 |
| 03/09/2005 | $0.00 |
| 03/10/2005 | $0.00 |
| 03/11/2005 | $0.00 |
| 03/12/2005 | $0.00 |
| 03/13/2005 | $0.00 |
| 03/14/2005 | $0.00 |
| 03/15/2005 | $0.00 |
| 03/16/2005 | $0.00 |
| 03/17/2005 | $0.00 |
| 03/18/2005 | $0.00 |

05-437



FILED

JUL -5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 6/27/2005

## *Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 1/30/2005 through 5/31/2005*

Page 2 of 3

**SBI:** *00299498*     **NAME:** *WILSON, LARRY F*

| Date | Balance |
|---|---|
| 03/19/2005 | $0.00 |
| 03/20/2005 | $0.00 |
| 03/21/2005 | $0.00 |
| 03/22/2005 | $0.00 |
| 03/23/2005 | $0.00 |
| 03/24/2005 | $0.00 |
| 03/25/2005 | $0.00 |
| 03/26/2005 | $0.00 |
| 03/27/2005 | $0.00 |
| 03/28/2005 | $0.00 |
| 03/29/2005 | $0.00 |
| 03/30/2005 | $0.00 |
| 03/31/2005 | $0.00 |
| 04/01/2005 | $0.00 |
| 04/02/2005 | $0.00 |
| 04/03/2005 | $0.00 |
| 04/04/2005 | $0.00 |
| 04/05/2005 | $0.00 |
| 04/06/2005 | $0.00 |
| 04/07/2005 | $0.00 |
| 04/08/2005 | $0.00 |
| 04/09/2005 | $0.00 |
| 04/10/2005 | $0.00 |
| 04/11/2005 | $0.00 |
| 04/12/2005 | $0.00 |
| 04/13/2005 | $0.00 |
| 04/14/2005 | $0.00 |
| 04/15/2005 | $0.00 |
| 04/16/2005 | $0.00 |
| 04/17/2005 | $0.00 |
| 04/18/2005 | $0.00 |
| 04/19/2005 | $0.00 |
| 04/20/2005 | $0.00 |
| 04/21/2005 | $0.00 |
| 04/22/2005 | $0.00 |
| 04/23/2005 | $0.00 |
| 04/24/2005 | $0.00 |
| 04/25/2005 | $0.00 |
| 04/26/2005 | $0.00 |
| 04/27/2005 | $0.00 |
| 04/28/2005 | $0.00 |
| 04/29/2005 | $0.00 |
| 04/30/2005 | $0.00 |
| 05/01/2005 | $0.00 |
| 05/02/2005 | $0.00 |
| 05/03/2005 | $0.00 |
| 05/04/2005 | $0.00 |
| 05/05/2005 | $0.00 |

Printed: 6/27/2005

### *Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 1/30/2005 through 5/31/2005*

Page 3 of 3

**SBI:** *00299498*   **NAME:**   **WILSON, LARRY F**

| Date | Balance |
|---|---|
| 05/06/2005 | $0.00 |
| 05/07/2005 | $0.00 |
| 05/08/2005 | $0.00 |
| 05/09/2005 | $0.00 |
| 05/10/2005 | $0.00 |
| 05/11/2005 | $0.00 |
| 05/12/2005 | $0.00 |
| 05/13/2005 | $0.00 |
| 05/14/2005 | $0.00 |
| 05/15/2005 | $0.00 |
| 05/16/2005 | $0.00 |
| 05/17/2005 | $0.00 |
| 05/18/2005 | $0.00 |
| 05/19/2005 | $0.00 |
| 05/20/2005 | $0.00 |
| 05/21/2005 | $0.00 |
| 05/22/2005 | $0.00 |
| 05/23/2005 | $0.00 |
| 05/24/2005 | $0.00 |
| 05/25/2005 | $0.00 |
| 05/26/2005 | $0.00 |
| 05/27/2005 | $0.00 |
| 05/28/2005 | $0.00 |
| 05/29/2005 | $0.00 |
| 05/30/2005 | $0.00 |
| 05/31/2005 | $0.00 |

*Summary for 'SBI' = 00299498 (122 detail records)*   **Average Daily Balance:**   **$0.00**

## Prior Month -- Individual Statement

Date Printed: 6/27/2005                                                                 Page 1 of 1

### For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00299498 | WILSON | LARRY | F | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Discharge | | 1/12/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Committed | | 1/30/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Medical | | 1/30/2005 | $0.00 | ($44.75) | $0.00 | $0.00 | $0.00 |
| Committed | | 1/30/2005 | $0.60 | $0.00 | $0.00 | $0.00 | $0.60 |
| Medical | | 1/30/2005 | ($0.60) | ($44.15) | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

## Individual Statement - No Transactions This Month

Date Printed: 6/27/2005            Page 1 of 1

### For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00299498 | WILSON | LARRY | F | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

# Prior Month -- Individual Statement

Date Printed: 6/27/2005  Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00299498 | WILSON | LARRY | F | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage-Com | | 3/3/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage-Com | | 3/3/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage-Com | | 3/3/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Copies | | 3/3/2005 | $0.00 | $0.00 | ($1.00) | $0.00 | $0.00 |
| Postage-Com | | 3/7/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage-Com | | 3/7/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Copies | | 3/7/2005 | $0.00 | $0.00 | ($0.75) | $0.00 | $0.00 |
| Copies | | 3/10/2005 | $0.00 | $0.00 | ($2.00) | $0.00 | $0.00 |
| Copies | | 3/10/2005 | $0.00 | $0.00 | ($1.00) | $0.00 | $0.00 |
| Postage-Com | | 3/11/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage-Com | | 3/11/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage-Com | | 3/11/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage-Com | | 3/11/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage-Com | | 3/17/2005 | $0.00 | $0.00 | ($0.69) | $0.00 | $0.00 |
| Copies | | 3/17/2005 | $0.00 | $0.00 | ($2.00) | $0.00 | $0.00 |
| Postage-Com | | 3/24/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| ID-Cards | | 3/28/2005 | $0.00 | $0.00 | ($1.25) | $0.00 | $0.00 |
| Postage | | 3/31/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| | | | | | | Ending Mth Balance: | $0.00 |

## Prior Month -- Individual Statement

Date Printed: 6/27/2005                                                                 Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00299498 | WILSON | LARRY | F | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage | | 4/11/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| | | | | | **Ending Mth Balance:** | | **$0.00** |

## Prior Month -- Individual Statement

Date Printed: 6/27/2005                                                                 Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00299498 | WILSON | LARRY | F | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage | | 5/9/2005 | $0.00 | $0.00 | ($0.56) | $0.00 | $0.00 |
| Postage | | 5/9/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage | | 5/9/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Copies | | 5/9/2005 | $0.00 | $0.00 | ($2.00) | $0.00 | $0.00 |
| | | | | | **Ending Mth Balance:** | | $0.00 |

I/M: Larry Wilson   BLDG: Hu 5
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk of Court
United States District Ct.
844 N. King St Lock Box 18
Wilmington, De.
19801-3570

U.S.M.S X-RAY

U.S. POSTAGE $00.60 JUL 01 05
PB2230370
19947