To Whom it May Concern     July 22, 200[5]

I will send my 6 month statement once I recieve it from the Bus. office

LARRY F. Wilson

*[signature: Larry Wilson]*

05-437-SLR

FILED
JUL 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





5/3

I/M: LARRY F. Wilson  BLDG. MSB  13T/e6
SUSSEX CORRECTIONAL INSTITUTION  295-498
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

OFFICES OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. King St., Lock Box 18
Wilmington, Delaware
19801