IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-437-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| NURSE RACHEL CARTWRIGHT, and | ) |
| DR. ALI, | ) |
| | ) |
| Defendants. | ) |

FILED
JUL 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Larry F. Wilson, SBI #299498, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated  *July 12* , 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: *July 22, 2005* , 2005.

*Larry F. Wilson*
Larry F. Wilson



513

1425
7925
4530

I/M: LARRY E. Wilson  BLDG. MSB  13 Tier
SUSSEX CORRECTIONAL INSTITUTION  299-498
P.O. BOX 500
GEORGETOWN, DELAWARE 19947



OFFICES OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. King St. Lock Box 18
Wilmington, Delaware
19801

