**ORIGINAL**

<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF DELAWARE</u>

<u>LARRY F WILSON</u>,                *
                                     *
         V.                          *
                                     *   Civ No. <u>05-0437-SLR</u>
<u>First Correctional Medical</u>       *
<u>NURSE RACHEL CARTWRIGHT</u>          *
<u>and DR. ALI</u>                      *

## NOTICE OF MOTION

FILED
JUL 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO:  <u>OFFICE OF THE CLERK</u>
     <u>UNITED STATES DISTRICT COURT</u>
     <u>844 N. KING STREET</u>
     <u>LOCK BOX 18</u>

PLEASE TAKE NOTICE that the attached <u>MOTION  FOR</u>
<u>Court Appointed Counsel</u>._____ will be presented at the convenience of the Honorable Court.

<u>LARRY F Wilson</u>
<u>P.O BOX 500 SCI</u>
<u>Georgetown De 19947</u>

<u>/s/ Larry F Wilson</u>

DATED: <u>July 22, 2005</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LARRY F WILSON
_____
Plaintiff/s

V.

First CORRECTIONAL MEDICAL
Nurse Rachel Cartwright Defendant/s
DR ALI.

Civil Action No.: 05-437 SLR

MOTION FOR COURT APPOINTED COUNSEL

COMES NOW, the Plaintiff, LARRY F WILSON, pro se who pursuant to 28 USCA 1915, moves this Honorable Court to grant this motion. In support, the following facts are asserted;

I HAVE NO KNOWLEDGE OF MEDICAL LAW. THerfore I will need proffessional assistance in this medical malpractice claim.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LARRY F. Wilson,               *
                               *
            v.                 *
                               *   CIV No. 05-437-SLR
First Correctional Medical     *
NURSE RACHEL CARTWRIGHT, AND   *
DR. ALI.                       *

## ORDER

IT IS HEREBY ORDERED, this _____ day of _____, 20\_\_\_ that the attached Motion for _____

Has been read and considered.

IT IS ORDERED THAT _____

_____

_____

_____

                                        _____
                                        JUDGE

## CERTIFICATE OF SERVICE

I, _Larry F Wilson_, hereby certify that I have served a true and correct copy of the attached _MOTION COURT APPointed Counsel_ upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| First Correctional Medical | 6861 NORTH ORACLE RD | TUCSON, ARIZONA 85704 |
| NURSE RACHEL CARTWRIGHT | P.O BOX 500 SCI | Georgetown De 19947 |
| DR. ALI | P.O BOX 500 SCI | Georgetown De 19947 |
| Deputy Attorney General | 820 N French St | Wilmington De 19801 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This _22_ day of _July_, _2005_.

_Larry Wilson_



5/3

I/M: Larry F. Wilson  BLDG. MSB  13T'ej
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500      296-498
GEORGETOWN, DELAWARE 19947

OFFICES OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. King St. Lock Box 18
Wilmington, Delaware
19801

