IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
LARRY F. WILSON,                )
                                )
            Plaintiff,          )
                                )
    v.                          ) Civ. No. 05-437-SLR
                                )
FIRST CORRECTIONAL MEDICAL,     )
NURSE RACHEL CARTWRIGHT, and    )
DR. ALI,                        )
                                )
            Defendants.         )
```

**ORDER**

WHEREAS, plaintiff, Larry F. Wilson, SBI # 299498 is a prisoner incarcerated at the Sussex Correctional Institution in Georgetown, Delaware, and on May 27, 2005, plaintiff filed a complaint under 42 U.S.C. § 1983;

WHEREAS, on July 17, 2005, this court granted plaintiff leave to proceed in forma pauperis (D.I. 4);

WHEREAS, on July 27, 2005, plaintiff filed a second motion to proceed in forma pauperis (D.I. 5);

WHEREAS, on July 6, 2005, plaintiff also filed a motion for appointment of counsel (D.I. 8);

THEREFORE, at Wilmington this __8th__ day of __August__, 2005, IT IS ORDERED that:

1. Plaintiff's second motion to proceed in forma pauperis is MOOT.

2. Plaintiff's motion for appointment of counsel is denied

without prejudice to renew. Plaintiff, a pro se litigant proceeding in forma pauperis, has no constitutional or statutory right to appointed counsel. See Ray v. Robinson, 640 F.2d 474, 477 (3d Cir. 1981). It is within this court's discretion, however, to seek representation by counsel for plaintiff, but this effort is made only "upon a showing of special circumstances indicating the likelihood of substantial prejudice to [plaintiff] resulting from [plaintiff's] probable inability without such assistance to present the facts and legal issues to the court in a complex but arguably meritorious case." Smith-Bey v. Petsock, 741 F.2d 22, 26 (3d Cir. 1984); accord Tabron v. Grace, 6 F.3d 147, 155 (3d Cir. 1993)(representation by counsel may be appropriate under certain circumstances, after a finding that a plaintiff's claim has arguable merit in fact and law). Having reviewed plaintiff's complaint, the court finds that his allegations are not of such a complex nature that representation by counsel is warranted at this time. The various papers and pleadings submitted by plaintiff reflect an ability to coherently present his arguments.

                                                              /s/ _____
                                                         United States District Judge