Printed: 7/29/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 1/30/2005 through 7/28/2005

**SBI: 00299498**        **NAME:    WILSON, LARRY F**

| Date | Balance |
|------|---------|
| 01/30/2005 | $0.00 |
| 01/31/2005 | $0.00 |
| 02/01/2005 | $0.00 |
| 02/02/2005 | $0.00 |
| 02/03/2005 | $0.00 |
| 02/04/2005 | $0.00 |
| 02/05/2005 | $0.00 |
| 02/06/2005 | $0.00 |
| 02/07/2005 | $0.00 |
| 02/08/2005 | $0.00 |
| 02/09/2005 | $0.00 |
| 02/10/2005 | $0.00 |
| 02/11/2005 | $0.00 |
| 02/12/2005 | $0.00 |
| 02/13/2005 | $0.00 |
| 02/14/2005 | $0.00 |
| 02/15/2005 | $0.00 |
| 02/16/2005 | $0.00 |
| 02/17/2005 | $0.00 |
| 02/18/2005 | $0.00 |
| 02/19/2005 | $0.00 |
| 02/20/2005 | $0.00 |
| 02/21/2005 | $0.00 |
| 02/22/2005 | $0.00 |
| 02/23/2005 | $0.00 |
| 02/24/2005 | $0.00 |
| 02/25/2005 | $0.00 |
| 02/26/2005 | $0.00 |
| 02/27/2005 | $0.00 |
| 02/28/2005 | $0.00 |
| 03/01/2005 | $0.00 |
| 03/02/2005 | $0.00 |
| 03/03/2005 | $0.00 |
| 03/04/2005 | $0.00 |
| 03/05/2005 | $0.00 |
| 03/06/2005 | $0.00 |
| 03/07/2005 | $0.00 |
| 03/08/2005 | $0.00 |
| 03/09/2005 | $0.00 |
| 03/10/2005 | $0.00 |
| 03/11/2005 | $0.00 |
| 03/12/2005 | $0.00 |
| 03/13/2005 | $0.00 |
| 03/14/2005 | $0.00 |
| 03/15/2005 | $0.00 |
| 03/16/2005 | $0.00 |
| 03/17/2005 | $0.00 |
| 03/18/2005 | $0.00 |



RECEIVED
FILED

AUG - 9 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-437

### Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 1/30/2005 through 7/28/2005*

**SBI:  00299498          NAME:     WILSON, LARRY F**

| Date | Balance |
|------|---------|
| 03/19/2005 | $0.00 |
| 03/20/2005 | $0.00 |
| 03/21/2005 | $0.00 |
| 03/22/2005 | $0.00 |
| 03/23/2005 | $0.00 |
| 03/24/2005 | $0.00 |
| 03/25/2005 | $0.00 |
| 03/26/2005 | $0.00 |
| 03/27/2005 | $0.00 |
| 03/28/2005 | $0.00 |
| 03/29/2005 | $0.00 |
| 03/30/2005 | $0.00 |
| 03/31/2005 | $0.00 |
| 04/01/2005 | $0.00 |
| 04/02/2005 | $0.00 |
| 04/03/2005 | $0.00 |
| 04/04/2005 | $0.00 |
| 04/05/2005 | $0.00 |
| 04/06/2005 | $0.00 |
| 04/07/2005 | $0.00 |
| 04/08/2005 | $0.00 |
| 04/09/2005 | $0.00 |
| 04/10/2005 | $0.00 |
| 04/11/2005 | $0.00 |
| 04/12/2005 | $0.00 |
| 04/13/2005 | $0.00 |
| 04/14/2005 | $0.00 |
| 04/15/2005 | $0.00 |
| 04/16/2005 | $0.00 |
| 04/17/2005 | $0.00 |
| 04/18/2005 | $0.00 |
| 04/19/2005 | $0.00 |
| 04/20/2005 | $0.00 |
| 04/21/2005 | $0.00 |
| 04/22/2005 | $0.00 |
| 04/23/2005 | $0.00 |
| 04/24/2005 | $0.00 |
| 04/25/2005 | $0.00 |
| 04/26/2005 | $0.00 |
| 04/27/2005 | $0.00 |
| 04/28/2005 | $0.00 |
| 04/29/2005 | $0.00 |
| 04/30/2005 | $0.00 |
| 05/01/2005 | $0.00 |
| 05/02/2005 | $0.00 |
| 05/03/2005 | $0.00 |
| 05/04/2005 | $0.00 |
| 05/05/2005 | $0.00 |

Printed: 7/29/2005

### *Average Daily Balance For Pauper Filing*

Page 3 of 4

**For Days the Individual was in Residence at SCI from 1/30/2005 through 7/28/2005**

SBI:  00299498         NAME:    WILSON, LARRY F

| Date | Balance |
|---|---|
| 05/06/2005 | $0.00 |
| 05/07/2005 | $0.00 |
| 05/08/2005 | $0.00 |
| 05/09/2005 | $0.00 |
| 05/10/2005 | $0.00 |
| 05/11/2005 | $0.00 |
| 05/12/2005 | $0.00 |
| 05/13/2005 | $0.00 |
| 05/14/2005 | $0.00 |
| 05/15/2005 | $0.00 |
| 05/16/2005 | $0.00 |
| 05/17/2005 | $0.00 |
| 05/18/2005 | $0.00 |
| 05/19/2005 | $0.00 |
| 05/20/2005 | $0.00 |
| 05/21/2005 | $0.00 |
| 05/22/2005 | $0.00 |
| 05/23/2005 | $0.00 |
| 05/24/2005 | $0.00 |
| 05/25/2005 | $0.00 |
| 05/26/2005 | $0.00 |
| 05/27/2005 | $0.00 |
| 05/28/2005 | $0.00 |
| 05/29/2005 | $0.00 |
| 05/30/2005 | $0.00 |
| 05/31/2005 | $0.00 |
| 06/01/2005 | $0.00 |
| 06/02/2005 | $0.00 |
| 06/03/2005 | $0.00 |
| 06/04/2005 | $0.00 |
| 06/05/2005 | $0.00 |
| 06/06/2005 | $0.00 |
| 06/07/2005 | $0.00 |
| 06/08/2005 | $0.00 |
| 06/09/2005 | $0.00 |
| 06/10/2005 | $0.00 |
| 06/11/2005 | $0.00 |
| 06/12/2005 | $0.00 |
| 06/13/2005 | $0.00 |
| 06/14/2005 | $0.00 |
| 06/15/2005 | $0.00 |
| 06/16/2005 | $0.00 |
| 06/17/2005 | $0.00 |
| 06/18/2005 | $0.00 |
| 06/19/2005 | $0.00 |
| 06/20/2005 | $0.00 |
| 06/21/2005 | $0.00 |
| 06/22/2005 | $0.00 |

### *Average Daily Balance For Pauper Filing*

*For Days the Individual was in Residence at SCI from 1/30/2005 through 7/28/2005*

**SBI: 00299498        NAME:    WILSON, LARRY F**

| Date | Balance |
|------|---------|
| 06/23/2005 | $0.00 |
| 06/24/2005 | $0.00 |
| 06/25/2005 | $0.00 |
| 06/26/2005 | $0.00 |
| 06/27/2005 | $0.00 |
| 06/28/2005 | $0.00 |
| 06/29/2005 | $0.00 |
| 06/30/2005 | $0.00 |
| 07/01/2005 | $19.20 |
| 07/02/2005 | $19.20 |
| 07/03/2005 | $19.20 |
| 07/04/2005 | $0.00 |
| 07/05/2005 | $0.00 |
| 07/06/2005 | $0.00 |
| 07/07/2005 | $0.00 |
| 07/08/2005 | $0.00 |
| 07/09/2005 | $0.00 |
| 07/10/2005 | $0.00 |
| 07/11/2005 | $0.00 |
| 07/12/2005 | $0.00 |
| 07/13/2005 | $0.00 |
| 07/14/2005 | $0.00 |
| 07/15/2005 | $0.00 |
| 07/16/2005 | $0.00 |
| 07/17/2005 | $0.00 |
| 07/18/2005 | $0.00 |
| 07/19/2005 | $0.00 |
| 07/20/2005 | $0.00 |
| 07/21/2005 | $0.00 |
| 07/22/2005 | $0.00 |
| 07/23/2005 | $0.00 |
| 07/24/2005 | $0.00 |
| 07/25/2005 | $0.00 |
| 07/26/2005 | $0.00 |
| 07/27/2005 | $0.00 |
| 07/28/2005 | $0.00 |

*Summary for 'SBI' = 00299498 (180 detail records)*        **Average Daily Balance:    $0.32**

# Prior Month -- Individual Statement

Date Printed: 7/29/2005                                                     Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00299498 | WILSON | LARRY | F | | | |

Current Location:     MULTI SEC B1

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Discharge | | 1/12/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Committed | | 1/30/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Medical | | 1/30/2005 | $0.00 | ($44.75) | $0.00 | $0.00 | $0.00 |
| Committed | | 1/30/2005 | $0.60 | $0.00 | $0.00 | $0.00 | $0.60 |
| Medical | | 1/30/2005 | ($0.60) | ($44.15) | $0.00 | $0.00 | $0.00 |
| | | | | | | Ending Mth Balance: | $0.00 |

## **Individual Statement - No Transactions This Month**

## **For Month of February 2005**

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00299498 | WILSON | LARRY | F | | | |
| Current Location: | MULTI SEC B1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

| | | | | | Ending Mth Balance: | $0.00 |
|--|--|--|--|--|---------------------|-------|

## Prior Month -- Individual Statement

Date Printed: 7/29/2005                                                                          Page 1 of 1

### For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00299498 | WILSON | LARRY | F | | | |
| Current Location: | MULTI SEC B1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Postage-Com | | 3/3/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage-Com | | 3/3/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage-Com | | 3/3/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Copies | | 3/3/2005 | $0.00 | $0.00 | ($1.00) | $0.00 | $0.00 |
| Postage-Com | | 3/7/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage-Com | | 3/7/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Copies | | 3/7/2005 | $0.00 | $0.00 | ($0.75) | $0.00 | $0.00 |
| Copies | | 3/10/2005 | $0.00 | $0.00 | ($2.00) | $0.00 | $0.00 |
| Copies | | 3/10/2005 | $0.00 | $0.00 | ($1.00) | $0.00 | $0.00 |
| Postage-Com | | 3/11/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage-Com | | 3/11/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage-Com | | 3/11/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage-Com | | 3/11/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage-Com | | 3/17/2005 | $0.00 | $0.00 | ($0.69) | $0.00 | $0.00 |
| Copies | | 3/17/2005 | $0.00 | $0.00 | ($2.00) | $0.00 | $0.00 |
| Postage-Com | | 3/24/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| ID-Cards | | 3/28/2005 | $0.00 | $0.00 | ($1.25) | $0.00 | $0.00 |
| Postage | | 3/31/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| | | | | | **Ending Mth Balance:** | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 7/29/2005                                                                    Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00299498 | WILSON | LARRY | F | | | |
| Current Location: | MULTI SEC B1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Postage | | 4/11/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed:  7/29/2005                                                        Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00299498 | WILSON | LARRY | F | | | |
| Current Location: | MULTI SEC B1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage | | 5/9/2005 | $0.00 | $0.00 | ($0.56) | $0.00 | $0.00 |
| Postage | | 5/9/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Postage | | 5/9/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Copies | | 5/9/2005 | $0.00 | $0.00 | ($2.00) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed:  7/29/2005                                                                                    Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00299498 | WILSON | LARRY | F | | | |
| Current Location: | MULTI SEC B1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Medical | | 6/7/2005 | ($19.20) | ($24.95) | $0.00 | $0.00 | ($19.20) |
| Payroll | | 6/7/2005 | $19.20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Postage | | 6/23/2005 | $0.00 | $0.00 | ($2.06) | $0.00 | $0.00 |
| Copies | | 6/27/2005 | $0.00 | $0.00 | ($9.00) | $0.00 | $0.00 |
| Postage | | 6/27/2005 | $0.00 | $0.00 | ($2.06) | $0.00 | $0.00 |
| Postage | | 6/30/2005 | $0.00 | $0.00 | ($2.30) | $0.00 | $0.00 |
| Copies | | 6/30/2005 | $0.00 | $0.00 | ($20.00) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

## Current Month -- Individual Statement

Date Printed:  7/29/2005                                                                                          Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|--------------------|-------|
| 00299498 | WILSON | LARRY | F | | | |

Current Location:     MULTI SEC B1

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Postage | | 7/1/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.00 |
| Payroll | | 7/1/2005 | $19.20 | $0.00 | $0.00 | $0.00 | $19.20 |
| Medical | | 7/4/2005 | ($19.20) | ($5.75) | $0.00 | $0.00 | $0.00 |
| Postage | | 7/13/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $0.00 |
| Postage | | 7/15/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $0.00 |
| Postage | | 7/25/2005 | $0.00 | $0.00 | ($3.21) | $0.00 | $0.00 |
| Copies | | 7/25/2005 | $0.00 | $0.00 | ($14.00) | $0.00 | $0.00 |
| Copies | | 7/25/2005 | $0.00 | $0.00 | ($0.75) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

Total Amount Currently on Medical Hold:  ($5.75)

Total Amount Currently on Non-Medical Hold:  ($72.45)

I/M: LARRY F. WILSON BLDG: MSB- Btier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE   19947

U.S. POSTAGE   PB 2 2 3 0 3 7 0
1625
$00.830   AUG 08 05
7925
8309   FROM ZIP CODE   19947

.83

Clerk of Court
United State District Ct.
844 King St. Lock Box 18
Wilmington De
                    19801

13801+3513-18 C012