Clerk.

Enclosed is a copy of my six
month transaction.

This is for my motion for
attorney          05-437



RECEIVED
AUG 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE