# INMATE ACCOUNT STATEMENT

TO:   Inmate Name: Wilson Larry E
              (Last)    (First)    (M.I.)
      SBI Number: 299-498
      Housing Unit: MSB B Tier

FR:   Inmate Account Technician

DA:

RE:   Summary Of Account

........................................................

Attached is your account statement for the six month period of 01-30, 2005 through 07-28, 2005.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ .32

Attachment

_Phyllis A. May_
Notary

PHYLLIS A. MAY
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires March 2, 2006

05-437

RECEIVED
AUG 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# REQUEST FORM
## FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: __Wilson__   __Larry__   __E__   SBI Number: __299-498__
             (Last)    (First)   (M.I.)

Housing Unit: __MSB  BTier__

..................................................................

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

__[signature]__ July 27, 2005    __Rhonda Lee Zawora 07/27/05__
Inmate Signature                                    Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: _____

**RECEIVED**
**JUL 28 2005**
**SCI BUSINESS OFFICE**

RHONDA LEE ZAWORA
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires April 20, 2008