IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON,           ) | |
|                            ) | |
|     Plaintiff,   ) | |
|                            ) | |
|   v.                     ) | Civ. No. 05-437-SLR |
|                            ) | |
| FIRST CORRECTIONAL MEDICAL, ) | |
| NURSE RACHEL CARTWRIGHT, and ) | |
| DR. ALI,                    ) | |
|                            ) | |
|     Defendants.  ) | |

**ORDER**

At Wilmington this 24th day of August, 2005, the plaintiff having satisfied the filing prerequisites of 28 U.S.C. § 1915A; and the Court having determined that the complaint is not frivolous within the meaning of 28 U.S.C. § 1915A(b);

IT IS ORDERED that:

1. The Clerk of the Court shall cause a copy of this order to be mailed to the plaintiff.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff has completed and returned to the Clerk of the Court an **original** "U.S. Marshal-285" form for **each** defendant. Additionally, the plaintiff has provided the Court with one copy of the complaint for service upon each defendant. **Failure to provide the "U.S. Marshal 285" forms for each defendant within**

**120 days of this order may result in the complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

    3. Upon receipt of the form(s) required by paragraph 2 above, the United States Marshal shall forthwith serve a copy of the complaint, this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon each of the defendants so identified in each 285 form.

    4. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

    5. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting

affidavits.

      6.   No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.  The clerk is instructed not to accept any such document unless accompanied by proof of service.

                                                                _____
                                                                United States District Judge