Dear Clerk of Court / Judge SLR            Sept 13, 2005

I am writing the court to notify change of address. I have been transfered to D.C.C. in Smyrna. Please foward all corospondances to hear

Delaware Correctional Center
1181 Paddock Rd
Smyrna, Delaware
19977

Civ. NO. 05-437 SLR            Respectfully

LARRY F WILSON

Larry Wilson

299-498

FILED
SEP 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

