Judge Sue L. Robinson
United States District Court
Lock Box 18
844 N King St.
Wilmington De
     19801-3570



Larry F. Wilson
SBI 299-498
DCC
1181 PADDOCK RD.
Smyrna, Delaware
     19977

CASE # SLR 05-0437

RE: NOTIFICATION OF ON GOING PROBLEMS AND DAMAGE TO INJURED FINGER AND HAND

When I injured my finger, I broke a bone that goes from one knuckle to the other see drawing. Now because of the physical actions that took place by the nurse and doctor and (First Correctional Medical because they are the employers of the other defendants) because of their negligence and medical-malpractice. Assuming that my finger was dis-located and proceeded to pop it back in place when in fact it was not dis-located but clearly broken in half. These actions have caused me damage and on going problems with my hand. Now because of this the New medical providers and there staff are scheduling me to see a specialist. I would like to also bring to attention when F.C.M. services and their staff where still in contract they failed to follow the emergency physician advice to send me to a orthiptic surgen which this also could be a result in my pain and Damage and on going problems

that I am having. Please see drawing.

Sept 20, 2005                                    Larry L Wilson

A- THE ORIGINAL INJURY COMPLETLY BROKEN IN HALF
B- THIS IS HOW MY FINGER LOOKED WHEN I WENT TO THE NURSE. AS YOU CAN CLEARLY SEE THERE IS NO REASON FOR SOMEONE TO SUGGEST THAT MY FINGER WAS DIS-LOCATED.
C+D- BOTH AREAS ARE NOW CAUSING ME Pain and Proble I DO NOT HAVE MY ORIGINAL GRIPPING CAPACITY WHERE THE LETTER (C) IS AT THAT KNUCKLE GETS STUCK IN ONE POSITION AND THERE IS FREQUENT NUMBNESS.



E† BECAUSE I HAVE STATED PREVISOUSLY ON MY CLAIM (FUTURE DAMAGE AND PROBLEMS) THIS FALLS UNDER FUTURE DAMAGE AND MAYBE EVEN PERMENANT DAMAGE DUE TO NEGLIGENCE AND MEDICAL MAL-PRACTICE DUE TO THE MEDICAL PROVIDER (FIRST CORRECTIONAL MEDICAL) AND THEIR MEDICAL STAFF. UPON LEAVING (BEEBEE HOSPITAL) LEWIS, DE THE EMERGENCY PHYSICIAN GAVE THE D.O.C OFFICER HIS DIAGNOSE, EXAMINATION, AND INSTRUCTION PAPERS AND THESE WERE DELIVERED TO THE MEDICAL DEPT AT S.C.I,. THEY ARE IN MY MEDICAL FILE. THE REPORT STATED THAT I MUST SEE A ORTHIPETIC SURGEON IN (7) DAYS. (THIS WAS NEVER DONE) AND AS A RESULT TO THIS WHEN MY CAST WAS TAKEN OFF THAT THE FINGER LISTED AS (E) IN THE ENCLOSED DRAWING IS ALSO DAMAGED. FROM THE MIDDLE KNUCKLE UP WILL NOT MOVE VOLINTARY, I HAVE TO BEND IT WITH MY OTHER HAND. AND I CONTINUELY COMPLAIN TO THE MEDICAL STAFF ABOUT THIS AND THE ORIGINAL INJURED FINGER AND THE FACT THAT I WAS SUPPOSED TO SEE A ORTHIPITIC SURGEON. AND THIS WAS COMPLETLY INGNORED; AT ONE TIME I WAS TOLD THAT THE EMERGENCY STAFF TOLD ME THIS JUST AS A PIOE TO GET MORE MONEY.

IT WAS NOT UNTIL THE MEDICAL PROVIDER HAD CHANGED OVER AND I WAS TRASFERER TO D.C.C. SMYRNA, THAT I AM BEING SCHEDULED TO SEE A SPECIALIST.

I WAS TOLD BY THE MEDICAL STAFF HEAR AT D.C.C. THAT IF THE TENDONS OR LIGAMENTS WHERE COMPLETLY TORN THAT NORMALY YOU ONLY HAVE A (10) TEN DAY PEROID TO HAVE IT FIXED BEFORE COMPLETE PERMANENT DAMAGE, BUT THEY STATED THAT THEY WILL LET THE SPECIALIST DETERMINE THAT.

# Certificate of Service

I, Larry F Wilson, hereby certify that I have served a true and correct cop(ies) of the attached: Letter of on going problems and damage to fingers and hand upon the following parties/person (s):

TO: Nurse Rachel CartWright
S.C.I
P.O Box 500
Georgetown De
19947

TO: Doctor ALi
S.C.I
P.O Box 500
Georgetown De.
19947

TO: Department of Justice (Civil Division)
Carvel State Build
820 N. Freath St.
Wilm. De
19801

TO: First Correctional Medical
6861 North Oracle Rd.
Tucson Arizona
85704

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 26th day of September, 2005

Larry F Wilson

From L. Wilson
SBI# 299-498  UNIT 21 D&2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Clerk of Court (SLR)
U.S. District Court
844 N. King St. Lock Box 18
Wilmington, Delaware
19801-3570