Dear Clerk of Court.                    Sept 29, 2005


I have learned that one of the
defendants address has changed to
Delaware Correctional Center
    1181 Paddock Rd
    Smyrna Delaware.
This belongs to Dr. Sitta Alie. It as changed
from S.C.I to hea.

                        Respectfully
                        Larry Wilson

                SLR- 05-437

FILED

OCT 3 - 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE



INM Larry F. Wilson
SBI# 266-498   UNIT 21 DL2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.37⁰
02 1A
0004395355   SEP 30 2005
MAILED FROM ZIP CODE 19977

Clerk of Court
US District Court
844 N. King St. Lock Box 18
Wilm. De         19801

U.S.M.S.
X-RAY