Judge Sue L Robinson
United States District Court
844 N. King St, Lock Box 18
Wilmington, Delaware
      19801-3570

Larry F Wilson
Delaware Correctional Center
1181 Paddock Rd
Smyrna, Delaware
      19977
SBI # 299-498
CASE # SLR 05-437

RE: Notification of uptaining full name of one of the defedants.

Defendants Dr. Ali's full and correct name is Dr. Sitta Alie. Please apply this correct name to my complaint.

Respectfully

Larry F. Wilson
*Larry F Wilson*


FILED
OCT 3 – 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M LARRY E. WILSON
SBI# 259-458   UNIT B1 DL2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
U.S. District Court
844 N. King St. LockBox 18
Wilm. DE
    19801-3570

Legal Mail