Dear Sir/Mam, Oct 16, 2005

Recently my case was accepted to go foward in proceedings by your honorable Sue L Robinson. In advance to my case being granted to go foward I sent the proper amount of U.S. Marshal forms. Have they been sent out because I have not recieved any reciept of so.

Also I would like a copy of my current docket.

Respectfully

LARRY F. Wilson

Larry F Wilson

299-498

Case # 05-437 SLR

FILED
OCT 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M LARRY F. Wilson
SBI# 299-498  UNIT 21 D 42
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Clerk of Court
US District Court
844 N King St. Lock box 18
Wilm. De
         19801-3570