Your Honor                                          Oct 19, 2005

Enclosed is a envelope that contains a copy of my last input (Letter) to you regarding my injurys. As you can clearly see they have refused to except their copy. Please take note of this and apply it where it is needed

05-437 SLR

Respectfully,
Larry Wilson
Larry Wilson

FILED
OCT 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M LARRY F. Wilson
SBI# 299-498   UNIT 21 D-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Clerk of Court
US District Court
844 N King St Lock Box 18
Wilm. DE
19801-3570