

Judge Sue L. Robinson  
United States District Court  
Lock Box 18  
844 N King St.  
Wilmington De  
19801-3570

Larry F. Wilson  
SBI 299-498  
DCC  
1181 Paddock Rd.  
Smyrna, Delaware  
19977

CASE # SLR 05-0437

RE: NOTIFICATION OF ON GOING PROBLEMS AND DAMAGE TO INJURED FINGER AND HAND

When I injured my finger, I broke a bone that goes from one knuckle to the other see drawing. Now because of the physical actions that took place by the nurse and doctor and (First Correctional Medical because they are the employers of the other defendants) because of their negligence and medical-malpractice. Assuming that my finger was dis-located and proceeded to pop it back in place when in fact it was not dis-located but clearly broken in half. These actions have caused me damage and on going problems with my hand. Now because of this the New medical providers and there staff are scheduling me to see a specialist. I would like to also bring to attention when F.C.M. services and their staff where still in contract they failed to follow the emergency physician advice to send me to a orthiptic surgen which this also could be a result in my pain and Damage and on going problems

that I am having. Please see drawing.

Sept 20, 2005                                              Larry L Wilson

A- THE ORIGINAL INJURY COMPLETLY BROKEN IN HALF
B- THIS IS HOW MY FINGER LOOKED WHEN I WENT TO THE NURSE. AS YOU CAN CLEARLY SEE THERE IS NO REASON FOR SOMEONE TO SUGGEST THAT MY FINGER WAS DIS-LOCATED.
C+D- BOTH AREAS ARE NOW CAUSING ME Pain and Problem I DO NOT HAVE MY ORIGINAL GRIPPING CAPACITY WHERE THE LETTER (C) IS AT THAT KNUCKLE GETS STUCK IN ONE POSITION AND THERE IS FREQUENT NUMBNESS.



E- BECAUSE I HAVE STATED PREVISOUSLY ON MY CLAIM (FUTURE DAMAGE AND PROBLEMS) THIS FALLS UNDER FUTURE DAMAGE AND MAYBE EVEN PERMENANT DAMAGE DUE TO NEGLIGENCE AND MEDICAL MAL-PRACTICE DUE TO THE MEDICAL PROVIDER (FIRST CORRECTIONAL MEDICAL) AND THEIR MEDICAL STAFF. UPON LEAVING (BEEBEE HOSPITAL) LEWIS, DE THE EMERGENCY PHYSICIAN GAVE THE D.O.C OFFICER HIS DIAGNOSE, EXAMINATION, AND INSTRUCTION PAPERS AND THESE WERE DELIVERED TO THE MEDICAL DEPT AT S.C.I,. THEY ARE IN MY MEDICAL FILE. THE REPORT STATED THAT I MUST SEE A ORTHIPITIC SURGEON IN (7) DAYS (THIS WAS NEVER DONE) AND AS A RESULT TO THIS WHEN MY CAST WAS TAKEN OFF THAT THE FINGER LISTED AS (E) IN THE ENCLOSED DRAWING IS ALSO DAMAGED. FROM THE MIDDLE KNUCKLE UP WILL NOT MOVE VOLINTARY, I HAVE TO BEND IT WITH MY OTHER HAND. AND I CONTINUELY COMPLAIN TO THE MEDICAL STAFF ABOUT THIS AND THE ORIGINAL INJURED FINGER AND THE FACT THAT I WAS SUPPOSED TO SEE A ORTHIPITIC SURGEON; AND THIS WAS COMPLETLY INGNORED; AT ONE TIME I WAS TOLD THAT THE EMERGENCY STAFF TOLD ME THIS JUST AS A PLOE TO GET MORE MONEY.

   IT WAS NOT UNTIL THE MEDICAL PROVIDER HAD CHANGED OVER AND I WAS TRASFERER TO D.C.C. SMYRNA, THAT I AM BEING SCHEDULED TO SEE A SPECIALIST.

I WAS TOLD BY THE MEDICAL STAFF HEAR AT D.C.C. THAT IF THE TENDONS OR LIGAMENTS WHERE COMPLETLY TORN THAT NORMALY YOU ONLY HAVE A (10) TEN DAY PEROID TO HAVE IT FIXED BEFORE COMPLETE PERMANENT DAMAGE, BUT THEY STATED THAT THEY WILL LET THE SPECIALIST DETERMINE THAT.