**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Larry F Wilson | COURT CASE NUMBER: 05-437 (SLR) |
| DEFENDANT: First Correctional Medical | TYPE OF PROCESS: O/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dr. Ali

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** P.O Box 500 Georgetown De 19947 S.C.I

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Larry F. Wilson
SCI P.O Box 500
Georgetown De 19947

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

"Pauper Case"

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF  ☐ DEFENDANT

Larry L Wilson    TELEPHONE NUMBER:    DATE: July 22, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: bP    Date: 8-29-05

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

FILED
NOV - 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Date of Service: 11/7/05
Signature of U.S. Marshal or Deputy: bP

**REMARKS:** 11/4 fired from First Correctional per OCC (RTO)
Ret. unexecuted

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)