Mrs. Sue L. Robinson,                Nov 10, 2005

                                     CIV. NO 05-437-SLR

Your Honor,

As you know at this time I'm handling my case pro se.

According to your order that is dated August 24, 2005 it states that the defendants have 30 days to execute "Waiver of Service of Summons" form, and if not then a "United States Marshal" personally serve such defendant(s). It also states that they have (60) sixty days to respond to the complaint from the date of the complaint, your order, "Notice of Lawsuit" form, and the "Return of waiver" form are sent.

I have not recieved no confirmation of service of forms (as reciept of them being sent or recieved). I have also not recieved any respones from the defendants. Could you please explain why and what are the next steps to follow. I greatly appreciate your assistance in this matter.

Respectfully
*Larry F. Wilson*
LARRY F. WILSON
299-498

FILED
NOV 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M LARRY F. WILSON
SBI# 299-458   UNIT 21 C-U-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Judges Chambers (Sue L. Robinson)
844 N. King St.   U.S. District Court
Lock Box 18
Wilm.   De
19801-3570