Dear Sir, U.S. Marshal                    Dec 11, 2005

I am writing you to receive confirmation that the defendants in my case have been served, and if so when, and would you please send me my copy of the 285 form. If not please explain why and what steps are next.

Thank you for your assistance in this matter.

Respectfully,

Larry F. Wilson
LARRY F. Wilson
SBI 299-498
CASE# SLR 05-0437

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M Terry H Wilcox
SBI# 299468   UNIT N Bldg A. Tir
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

Legal Mail

Chief Marshal
U.S. Marshal Office
844 N. King St., Lock Box 18
Wilm, De.
19801-3570