Clerk of Court                                  Dec 23, 2005

Please file this motion for my claim, also I would like to bring to your + the courts attention that I have not recieved any documentation that the defendants on my claim have been served please clerfy that they have or have not. So I may take the next course of actions.

Respectfully

*Larry F. Wilson*

LARRY F. WILSON
SBI 299-498
CASE NO. 05-0437 SLR

FILED
DEC 2 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE