# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

Larry F Wilson, Plaintiff

First Correctional Medical
Dr. Ali, Defendants
Nurse Rachel Cartwright

Case No. 05-0437-SLR

## MOTION to Ammend Complaint

Comes now, the plaintiff, Larry F. Wilson pro se who pursuant to Rules of Civial Procedure **RULE 15.** moves this Honorable court to grant this motion. In support the following is asserted;

I am respestfully requesting to add to my claim Deliberate Indifference.

As a result of granting this motion my claim will be medical malpractice, negligence, and deliberate indifference.

Dec 20, 2005


FILED
DEC 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Larry F. Wilson
Larry F. Wilson
SBI-299-498

## Certificate of Service

I, LARRY F. Wilson, hereby certify that I have served a true and correct copy of the attached, MOTION to Ammend Complaint upon the following person/s below:

First Correctional Medical 6861 North Oracle RD. Tucson Arizona 85704

Dr. ALi            P.O Box 500 SCI Georgtown De   19947
Nurse Rachel Cartwright  P.O Box 500 SCI Georgtown De  19947

Dec 20, 2005

Larry F. Wilson
LARRY F. Wilson



IM Larry F. Wilson
SB# 299-498 UNIT V Bld. A Tier
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk of Court
United States District Court
844 N. King St. Lock Box 18
Wilm., Delaware
19801