# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY F. WILSON, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 05-437-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | JURY OF 12 DEMANDED |
| NURSE RACHEL CARTWRIGHT AND | ) | |
| DR. SITTA ALIE, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Daniel L. McKenty, Esquire, and Dana M. Spring, Esquire, as attorneys for defendant First Correctional Medical in the above-referenced action.

This entry of appearance in no way waives any defenses defendant may have with respect to jurisdiction, venue, process, or service of process.

                                                          **McCULLOUGH & McKENTY, P.A.**

                                                         /s/ Dana M. Spring
                                                         Daniel L. McKenty, Del. Bar No. 2689
                                                          Dana M. Spring, Del. Bar No. 4605
                                                         1225 N. King Street, Suite 1100
                                                         P.O. Box 397
                                                         Wilmington, DE 19899-0397
                                                         (302) 655-6749
                                                         Attorneys for First Correctional Medical

January 6, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY F. WILSON, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 05-437-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, NURSE RACHEL CARTWRIGHT AND DR. SITTA ALIE, | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, **Dana M. Spring**, hereby certify that on this date a copy of the attached *Entry of Appearance* was served, via first class mail, upon the following:

Larry F. Wilson
SBI # 299498
Sussex Correctional Institution
Route 113
Georgetown, DE 19947

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana M. Spring
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical

January 6, 2006