IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-437-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff Larry F. Wilson ("Wilson"), a prisoner incarcerated at Delaware Correctional Center, Smyrna, Delaware, filed a complaint pursuant to 42 U.S.C. § 1983 (D.I. 2);

WHEREAS, the defendants have either been served or service has been attempted;

WHEREAS, on December 28, 2005, Wilson filed a motion to amend his complaint to add a claim of "deliberate indifference" (D.I. 26), and "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served", Fed. R. Civ. P. 15(a); and

WHEREAS, to date, a responsive pleading has not been served;

THEREFORE, at Wilmington this 5th day of January, 2006, IT IS ORDERED that:

1.  The motion to amend complaint (D.I. 26) is GRANTED.

2.  A claim of deliberate indifference is added to the complaint.

3.  The clerk of the court shall cause a copy of this order to be mailed to the plaintiff.

> _____
> United States District Judge