UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY F. WILSON, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 05-437-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | JURY OF 12 DEMANDED |
| NURSE RACHEL CARTWRIGHT AND | ) | |
| DR. SITTA ALIE, | ) | |
| | ) | |
| Defendants. | ) | |

TO:  Larry F. Wilson
SBI # 299498
Sussex Correctional Institution
Route 113
Georgetown, DE 19947

Department of Corrections
Bureau Chief Joyce Talley
245 McKee Road
Dover, DE 19904

**PLEASE TAKE NOTICE** that the undersigned will take the deposition *duces tecum* of the Records Custodian for Sussex Correctional Center relating to medical records of Larry F. Wilson at the offices of McCullough & McKenty, P.A., 1225 N. King Street, Suite 1100, Wilmington, Delaware 19801, on Thursday, March 7, 2006 beginning at 2:00 p.m.: **Note: Personal appearance is waived if the materials are received in our office prior to the date of deposition.**

McCULLOUGH & McKENTY, P.A.

/s/ Dana M. Spring
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendant FCM

Dated: February 24, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, | ) |
| | ) |
| Plaintiff | ) C.A. No. 05-437-SLR |
| | ) |
| v. | ) |
| | ) |
| FIRST CORRECTIONAL MEDICAL, | ) JURY OF 12 DEMANDED |
| NURSE RACHEL CARTWRIGHT AND | ) |
| DR. SITTA ALIE, | ) |
| | ) |
| Defendants. | ) |

<b>CERTIFICATE OF SERVICE</b>

I, **DANA M. SPRING**, hereby certify that on the 24th day of February, 2006, two (2) copies of the attached *Notice of Records Deposition* were sent to the following via first class mail, postage pre-paid:

Larry F. Wilson
SBI # 299498
Sussex Correctional Institution
Route 113
Georgetown, DE 19947

Department of Corrections
Bureau Chief Joyce Talley
245 McKee Road
Dover, DE 19904

McCULLOUGH & McKENTY, P.A.

/s/ Dana M. Spring
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendant FCM