UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Larry F. Wilson
　plaintiff

V.

First Correctional Medical
et. all
　　Defendants

C.A. NO 05-0437 SLR



FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION for Default of Judgement

Comes now, the plaintiff, Larry F. Wilson pro se who pursuant to Rules of cival procedure, moves this Honorable Court to grant this motion. In support the following is asserted.

The said defendants were served by hand the plaintiffs complaint C.A NO 05-0437 SLR on Nov. 29, 2005 per order by the Honorable Court they defendants were given sixty (60) days to respond or file for an extension to the complaint

none as been filed or recieved to my Knowledge as of Feb. 22, 2006.

Therefore the plaintiff Larry F. Wilson respectfully request the Honorable Court to order a (default of judgement) in the plaintiffs favor for the amount of seven hundred and fifty thousand dollars ($750,000) and to have all medical and rehablitation bills for the present and future paid in full.

Feb. 24, 2006

*Larry F. Wilson*

LARRY F. Wilson
SBI 299-498
D.C.C
1811 Paddock Road
Smyrna, De. 19977

## Certificate of Service

I the plaintiff Larry F. Wilson hereby certify that I have served a true and correct copy of the attached,

1) Motion to Ammend Complaint

2) Motion for Default of Judgement

Upon the following person/s below

Daniel L. Mckenty, Esq. and Dana M. Spring, Esq. the attorneys for defendants First Correctional Medical et.all.
1225 N. King Street, Suite 1100
P.O Box 397
Wilmington De 19899-0397

Feb. 24, 2006

*Larry F. Wilson*
LArry F. Wilson
SBI# 299-498
D.C.C.
1811 Paddock Road
Smyrna, De. 19977

Case 1:05-cv-00437-SLR    Document 30    Filed 02/27/2006    Page 4 of 4

