UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Larry F Wilson
      Plaintiff

v.

First Correctional Medical et. all
      Defendants

C.A. NO 05-0437 SLR



FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION to Ammend Complaint

Comes now, the plaintiff, Larry F. Wilson pro se who pursant to Rules of cival procedure, moves this Honorable Court to grant this motion; In support the following is asserted.

A) Add Dr. Burns who was employed by First Correctional Medical to my complaint as a defendant, because of her decision not to send me to a orthopedic surgeon as perscribed by the emergency physician at Be Be hospital.

B) I am respectfully request a jury of (12) twelve

C) I would also like to add the damages that I am seeking to recover, as follows; I am respectfully requesting $750,000 seven hundred and fifty thousand dollars and for all present and future medical, rehabilitation bills to be paid in full.

Feb. 24, 2006

*Larry F. Wilson*

Larry F. Wilson
SBI# 299-498
D.C.C
1811 Paddock Road
Smyrna, De. 19977

## Certificate of Service

I the plaintiff Larry F. Wilson hereby certify that I have served a true and correct copy of the attached,

1) Motion to Ammend Complaint

2) Motion for Default of Judgement

Upon the following person/s below

Daniel L. McKenty, Esq. and Dana M. Spring, Esq. the attorneys for defendants First Correctional Medical et.all.
1225 N. King Street, Suite 1100
P.O Box 397
Wilmington De 19899-0397

Feb. 24, 2006

*Larry F. Wilson*

LArry F. Wilson
SBI# 299-498
D.C.C.
1811 Paddock Road
Smyrna, De. 19977