Law Offices

# McCullough & McKenty, P.A.

| | | |
|---|---|---|
| Bruce W. McCullough (DE, PA)<br>Daniel L. McKenty (DE)<br>Gerald J. Hager (DE, PA)<br>Dana M. Spring (DE)<br><br>Paralegals<br>Justina K. Bayless<br>Evert J. Christensen, Jr.<br>Jane E. Klafter<br>Candace E. Eggleston | 1225 N. King Street<br>Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397<br><br>Tel: (302) 655-6749<br>Fax: (302) 655-6827 | Pennsylvania Office<br>123 S. Broad Street<br>Suite 2035<br>Philadelphia, PA 19109<br><br>**Writer's Direct Contact**<br>Telephone Extension: 31<br>Dspring@mccmck.com<br>Www.mccmck.com |

March 22, 2006

The Honorable Sue L. Robinson
District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, DE 19801

          **RE:** **Larry F. Wilson v. First Correctional Medical,**
                <u>Claim No. 364-C</u>
                C.A. No. 05-437-SLR

Dear Judge Robinson:

      I am in receipt of plaintiff's Motion to Amend Complaint as well as his Motion for Default Judgment. My client intends to file a responsive pleading. As you are aware, First Correctional Medical is no longer in possession of the medical records germane to plaintiff's allegations, as they are no longer the health care provider for the state of Delaware prison system. We respectfully request a thirty day extension to respond to the Complaint and/or Motion for Default Judgement.

      Additionally, I would like to inform the Court that I will be out of the office beginning Thursday, March 23, 2006 and will not be returning until Monday, April 10, 2006. If during this time, the Court has any questions or concerns regarding the aforementioned case, please contact Daniel L. McKenty, Esquire or his secretary Angela Wilson. Thank you. I remain,

                                    Respectfully yours,


                                    /s/ Dana M. Spring


DLS/nvg
cc: Larry F. Wilson