IN UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY F. WILSON, | ) | |
| | ) | C.A. No. 05-437- SLR |
| | ) | |
| | ) | JURY OF 12 DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| NURSE RACHEL CARTWRIGHT and | ) | |
| DR. SITTA ALIE, | ) | |
| Defendants, | ) | |

## NOTICE OF MOTION

To:  Larry F. Wilson
SBI# 299498
Sussex Correctional Institution
Route 113
Georgetown, DE 19947

**PLEASE TAKE NOTICE** that the undersigned attorney shall present the attached Motion for Continuance at the Court's convenience.

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana M. Spring
Dana M. Spring
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for Defendant First Correctional Medical

Date: March 24, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, ) | |
| ) | C.A. No. 05-437- SLR |
| ) | |
| ) | JURY OF 12 DEMANDED |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL, ) | |
| NURSE RACHEL CARTWRIGHT and ) | |
| DR. SITTA ALIE, ) | |
| Defendants, ) | |

**MOTION FOR CONTINUANCE**

Defendant, First Correctional Medical, respectfully requests a thirty day extension to respond to the Complaint and/or Motion for Default Judgment for the following reason:

1. Defendant, First Correctional Medical is no longer in possession of the medical records germane to Plaintiff's allegation, as they are no longer the health care provider for the State of Delaware.

**WHEREFORE**, Defendant, First Correctional Medical requests that their Motion for a Continuance be granted.

McCULLOUGH & McKENTY, P.A.

/s/ Dana M. Spring
Dana M. Spring
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for Defendant First Correctional Medical

Date: March 24, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **LARRY F. WILSON,** )<br>)<br>)<br>) | C.A. No. 05-437- SLR<br><br>JURY OF 12 DEMANDED |
| **Plaintiff,** )<br>) | |
| v. )<br>) | |
| **FIRST CORRECTIONAL MEDICAL,** )<br>**NURSE RACHEL CARTWRIGHT and** )<br>**DR. SITTA ALIE,** )<br>**Defendant.** ) | |

## CERTIFICATE OF SERVICE

I, **DANA M. SPRING**, hereby certify that on the 24th day of March, 2006, two copies of the attached ***Defendant First Correctional Medical Motion for Continuance*** were mailed, U.S. First Class, postage prepaid, to the last known address of the following:

**Larry F. Wilson**
**SBI# 299498**
**Sussex Correctional Institution**
**Route 113**
**Georgetown, DE 19947**

                                      **McCULLOUGH & McKENTY, P.A.**

                                      /s/ Dana M. Spring
                                      Dana M. Spring
                                      1225 N. King Street, Suite 1100
                                      P.O. Box 397
                                      Wilmington, DE 19899-0397
                                      (302) 655-6749
                                      Attorney for Defendant First Correctional Medical

Dated: March 24, 2006