UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LARRY F. WILSON,** | ) | |
| | ) | **C.A. No. 05-437- SLR** |
| | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL,** | ) | |
| **NURSE RACHEL CARTWRIGHT and** | ) | |
| **DR. SITTA ALIE,** | ) | |
| **Defendants,** | ) | |

## ORDER

And now this _____ day of _____, 2006 having considered Defendant, First Correctional Medical Motion for Continuance and any opposition thereto,

**IT IS HEREBY ORDERED** that Defendant, First Correctional Medical Motion for Continuance is granted.

_____
J.