IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-437-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| NURSE RACHEL CARTWRIGHT, and | ) |
| DR. SITTA ALIE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 28th day of March, 2006, having considered defendant First Correctional Medical's motion for continuance;

IT IS ORDERED that said motion (D.I. 34) is granted. Defendant First Correctional Medical shall file their response to the complaint and/or motion for default judgment on or before **April 28, 2006.**

                                                       _____
                                                       United States District Judge