Dear Clerk of Court                                    March 21, 2006

I recently recieved a notice of Electronic Filing,
and I'm a bit puzzled, because the last
thing I sent to the courts was; a motion to
ammend and a motion for default of Judement. They
were return because they were not the
originals, so I complied and sent the originals.
Could you please explain what D.I 33 is
on my docket. I greatly appreciate your time.

Note, I did not recieve any
other documents with this notice.

Respectfully
Larry F. Wilson

FILED

MAR 28 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Larry F. Wilson
299-498
D.C.C.
1811 Paddock Road
Smyrna  De.
19977

I/M Larry F. Wilson

SBI# 289-498    UNIT VBldg A Tier

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
$ 00.39⁰
02 1A
0004608975    MAR 27 2006
MAILED FROM ZIP CODE 19977
PITNEY BOWES

OFFICE OF The Clerk

United States District Court

844 N. King St. Lock Box 18

Wilm. De    19801

U.S. X-RAY S.W.S.