UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY F. WILSON, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 05-437-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | JURY OF 12 DEMANDED |
| NURSE RACHEL CARTWRIGHT AND | ) | |
| DR. SITTA ALIE, | ) | |
| | ) | |
| Defendants. | ) | |

TO:  Larry F. Wilson                       Delaware Correctional Center
     SBI # 299498                          1181 Paddock Road, Smyrna, DE 19977
     Sussex Correctional Institution       ℅ Correctional Medical Services
     Route 113                             1201 College Park Drive, Ste 101
     Georgetown, DE 19947                  Dover, DE 19904


**PLEASE TAKE NOTICE** that the undersigned will take the deposition *duces tecum* of the Records Custodian for Sussex Correctional Center relating to medical records of Larry F. Wilson at the offices of McCullough & McKenty, P.A., 1225 N. King Street, Suite 1100, Wilmington, Delaware 19801, on Tuesday, May 2, 2006 beginning at 2:00 p.m.: **Note: Personal appearance is waived if the materials are received in our office prior to the date of deposition.**

McCULLOUGH & McKENTY, P.A.

/s/ Dana M. Spring
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendant FCM

Dated: April 18, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY F. WILSON, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 05-437-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | JURY OF 12 DEMANDED |
| NURSE RACHEL CARTWRIGHT AND | ) | |
| DR. SITTA ALIE, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, **DANA M. SPRING**, hereby certify that on the 18th day of April, 2006, two (2) copies of the attached *Notice of Records Deposition* were sent to the following via first class mail, postage pre-paid:

Larry F. Wilson
SBI # 299498
Sussex Correctional Institution
Route 113
Georgetown, DE 19947

Delaware Correctional Center
1181 Paddock Road, Smyrna, DE 19977
℅ Correctional Medical Services
1201 College Park Drive, Ste 101
Dover, DE 19904

McCULLOUGH & McKENTY, P.A.

/s/ Dana M. Spring
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendant FCM