IN UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON,                         ) | |
| ) | C.A. No. 05-437- SLR |
| ) | |
| ) | JURY OF 12 DEMANDED |
| Plaintiff,            ) | |
| ) | |
| v.                                        ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL,   ) | |
| NURSE RACHEL CARTWRIGHT and   ) | |
| DR. SITTA ALIE,                          ) | |
| Defendants,       ) | |

**ANSWER OF DEFENDANT FIRST CORRECTIONAL MEDICAL**

Defendant First Correctional Medical, hereinafter "FCM", responds as follows to the allegations set forth in the plaintiff's Complaint form.

1. Wrongful conduct by answering defendant is denied and it is denied that any conduct by defendant proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

2. Denied that answering defendant had any role in the alleged injury or injury or disfigurement of the plaintiff on June 11, 2005.

3. Denied that answering defendant was deliberately indifferent to a serious medical need.

**AFFIRMATIVE DEFENSES**

4. Plaintiff fails to state a claim upon which relief may be granted.

5. Plaintiff fails to state a 42 U.S.C. §1983 claim against FCM.

6. The complaint fails to state a claim against defendant FCM upon which plaintiff may recover with respect to all claims for civil rights violations, including all claims under 42 U.S.C. §1983 and the 8th Amendment of the Constitution of the United States, as there is no vicarious

liability for civil rights claims.

7. The complaint fails to state a claim against FCM upon which plaintiff may recover with respect to all civil rights claims as FCM was not deliberately indifferent to a serious medical condition.

8. Plaintiff failed to properly plead a medical malpractice action against FCM.

9. Plaintiff failed to file an affidavit of merit pursuant to 18 Del. C. § 6853.

10. FCM provided plaintiff with medical care that was appropriate for his conditions and which met the applicable standards of care.

11. Plaintiff has failed to proffer any medical expert testimony or support for his claims of medical negligence.

**WHEREFORE,** the defendant FCM asks that the Complaint against it be dismissed with prejudice and all costs be assessed against the plaintiff.

                                      **McCULLOUGH & McKENTY, P.A.**

                                      /s/ Dana M. Spring
                                      Daniel L. McKenty, Del. Bar No. 2689
                                      Dana M. Spring, Del. Bar No. 4605
                                      1225 N. King Street, Suite 1100
                                      P.O. Box 397
                                      Wilmington, DE 19899-0397
                                      (302) 655-6749
                                      Attorneys for First Correctional Medical

April 21, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON,            ) | |
| ) | C.A. No. 05-437- SLR |
| ) | |
| ) | JURY OF 12 DEMANDED |
| Plaintiff,            ) | |
| ) | |
| v.            ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL,  ) | |
| NURSE RACHEL CARTWRIGHT and  ) | |
| DR. SITTA ALIE,            ) | |
| Defendant.        ) | |

### CERTIFICATE OF SERVICE

I, **DANA M. SPRING**, hereby certify that on the 21st day of April, 2006, two copies of the attached *Answer* were mailed, U.S. First Class, postage prepaid, to the last known address of the following:

**Larry F. Wilson
SBI# 299498
Delaware Correctional Center
1811 Paddock Road
Smyrna, DE 19977**

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana M. Spring
Dana M. Spring
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for Defendant First Correctional Medical

Dated: April 21, 2006