

DCC  Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261  

Date: 03/23/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name**: WILSON, LARRY F | **SBI#** : 00299498 | **Institution** : DCC |
| **Grievance #** : 16788 | **Grievance Date** : 08/26/2005 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 08/26/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg V, Tier A, Cell 14, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint**: I/M states that while at SCI he broke his finger and had to be sent to Beebe Hospital to have it set and placed in a cast. He was scheduled for a follow up appointment on August 15, 2005 but was transferred to DCC before that could occur. I/M further alleges that he is also on medication for arthritis, pain, skin rash, and breathing difficulties. I/M Wilson claims that he has submitted 2 sick call slips in 3 weeks but has yet to be seen. I/M alleges that his hand is causing him pain and does not have normal functions.

**Remedy Requested** : I/M wishes to be seen by a doctor then a specialist.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 09/05/2005 |
| **Investigation Sent** : 09/05/2005 | **Investigation Sent To** : Dunn, Lee Anne |
| **Grievance Amount** : | |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/23/2006

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** WILSON, LARRY F | **SBI#** : 00299498 | **Institution** : DCC |
| **Grievance #** : 16788 | **Grievance Date** : 08/26/2005 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/26/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 14, Single | |

## INFORMAL RESOLUTION

**Investigator Name** : Dunn, Lee Anne         **Date of Report** 09/05/2005

**Investigation Report :** seen by medical 9/905
ot & ortho consult ordered
level II hearing requested

**Reason for Referring:**

Offender's Signature: _____

Date : _____

Witness (Officer) : _____

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/23/2006

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILSON, LARRY F | **SBI#** : 00299498 | **Institution** : DCC |
| **Grievance #** : 16788 | **Grievance Date** : 08/26/2005 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/26/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg V, Tier A, Cell 14, Single | |

### IGC

**Medical Provider:**          **Date Assigned**

**Comments:**

[x] **Forward to MGC**          [ ] **Warden Notified**

[ ] **Forward to RGC**          **Date Forwarded to RGC/MGC** : 12/05/2005

[x] **Offender Signature Captured**          **Date Offender Signed** :

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/23/2006

# GRIEVANCE INFORMATION - Appeal

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILSON, LARRY F | **SBI#** : 00299498 | **Institution** : DCC |
| **Grievance #** : 16788 | **Grievance Date** : 08/26/2005 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 08/26/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg V, Tier A, Cell 14, Single | |

### APPEAL REQUEST

No Appeal returned.

### REMEDY REQUEST

Page 4 of 5

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/23/2006

# GRIEVANCE INFORMATION - MGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILSON, LARRY F | **SBI#** : 00299498 | **Institution** : DCC |
| **Grievance #** : 16788 | **Grievance Date** : 08/26/2005 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status:** | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/26/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg V, Tier A, Cell 14, Single | |

## MGC

**Date Received** : 12/05/2005            **Date of Recommendation:** 03/23/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Deny |
| Staff | | Weigner, Kimberly | Deny |
| Staff | | Gordon, Oshenka | Deny |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

Uphold : 0            Deny : 3            Abstain : 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 3/14/2006:
Deny: 12/8/05 consult report recommends surgery in one or two months by orthopedic MD. Will F/U to verify surgery is scheduled - and inform inmate if surgery is pending - Informed inmate I can not reveal a date and time.

Appeal due 3/19/2006.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/16/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** WILSON, LARRY F | **SBI#** : 00299498 | **Institution** : DCC |
| **Grievance #** : 20193 | **Grievance Date** : 10/26/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 10/24/2005 | **Incident Time** : 09:00 |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 21, Upper, Tier C, Cell 12, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: This is my 3rd medical grievance the first one I signed off on because I though the problem was being solved. But it is not. Now when I broke my finger the emergency physician stated that I need to see a orthopedic surgeon in 7 days, this was June 14, 2005. I was never taken to see one, this was under the care of FCM. Now under the care of CMS I am not being taken to see one. But I am being told that it has been ordered this was 2 months ago. And I've told them constantly that there is new problems with my hand from the injury. Not only is the original broken finger not have it's normal functions back due to the medical staffs actions that took place at SCI, but also due to the fact that I was never examined by a specialist in 7 days, when my cast was taken off I learned of another finger injured in the incident that does not function at all, torn ligaments or torn muscle. Now this may be permanent who knows. Also now I have been experiencing sore numbness in my hand every time I try to squeeze my hand close. All these problems are getting worse and the fact that CMS is not sending me to see a orthopedic surgeon-specialist is making matter permanent.

**Remedy Requested** : To see a Orthopedic surgeon/specialist.

*Inmate Copy*

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance:** YES | **Date Received by Medical Unit:** 11/16/2005 |
| **Investigation Sent:** 11/16/2005 | **Investigation Sent To** : Dunn, Lee Anne |
| **Grievance Amount:** | |

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WILSON, LARRY F | **SBI# :** 00299498 | **Institution :** DCC |
| **Grievance # :** 20193 | **Grievance Date :** 10/26/2005 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 10/24/2005 | **Incident Time :** 09:00 |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg 21, Upper, Tier C, Cell 12, Bottom | |

### INFORMAL RESOLUTION

**Investigator Name :** Dunn, Lee Anne          **Date of Report** 11/16/2005

**Investigation Report :**

**Reason for Referring:**


**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **(MEDICAL)** DENTAL  MENTAL HEALTH

Name (Print): Larry F Wilson

Housing Location: V Bldg A-Tier

Date of Birth: 08-03-71

SBI Number: 299-498

Date Submitted: 03-04-06

Complaint (What type of problem are you having)? My hand and fingers are causing me pain and discomfort. Dr. Deshuttle ordered surgery for my hand but I have not been sent to get surgery. WHY! I need to get some type of pain medication until then.

Inmate Signature: Larry F Wilson

Date: 03-04-06

---

The below area is for medical use only. Please do not write any further.

S:

O: You'll be notified when scheduled. CA

Temp: ___  Pulse: ___  Resp: ___  B/P: ___  WT: ___

A:

P:

E:

RECEIVED MAR 0 6 2006

Provider Signature & Title                 Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): Larry F. Wilson
Housing Location: V Bldg A-Tier
Date of Birth: 08-03-71
SBI: 299-498
Date Submitted: March 1, 2006

Complaint (What type of problem are you having)? My left hand/fingers are in pain and are causing me constent problems. I have been to the outside Doctor and he stated that I need surgery to fix the problem - why have I not been sent to the doctor. I need to ~~see~~ see the doctor as soon as possible.

Inmate Signature: Larry F. Wilson
Date: March 01, 06

**The below area is for medical use only. Please do not write any further.**

S:

O: you'll be sched. & sent upon notification - Ct
Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P:

E:

RECEIVED MAR 0 ? 2006

Provider Signature & Title         Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): Larry F. Wilson
Housing Location: V B/DG
Date of Birth: 08-03-71
SBI Number: 299-498
Date Submitted: Dec 5, 2005

Complaint (What type of problem are you having)? I was seen about a week ago and the nurse was supposed to check on the confirmation for me to see the outside speacilist. My hand is really getting worse, and because of the amount of time that it has taken (3) months so far to get me to one, I fear permanent Damage and Pain.

Inmate Signature: Larry F Wilson
Date: Dec 5, 2005

**The below area is for medical use only. Please do not write any further.**

S: The order for occupational + orthopedic specialists have been refaxed + will be scheduled. CA 12/7/05

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P:

E:

Provider Signature & Title: _____   Date & Time: _____

3/1/99 DE01
FORM#:
MED
263