

P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Fax: (302) 655-6827
Email: dspring@mccmck.com
*ATTORNEY TO BE NOTICED*

**Gerald J. Hager**
McCullough & McKenty, P.A.
1225 North King Street, Suite
1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Email: ghager@mccmck.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nurse Rachel Cartwright**

**Defendant**

**Dr. Sitta Alie**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2005 | ●1 | MOTION for Leave to Proceed in forma pauperis - filed by Larry F Wilson. (dab, ) (Entered: 06/29/2005) |
| 06/27/2005 | ●2 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against First Correctional Medical, Rachel Cartwright, Ali - filed by Larry F Wilson. (Attachments: # 1 Attachment to Complaint)(dab, ) (Entered: 06/29/2005) |
| 07/05/2005 | ●3 | Trust Fund Account Statement by Larry F Wilson (dab, ) (Entered: 07/07/2005) |
| 07/06/2005 | ● | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (bkb, ) (Entered: 07/07/2005) |
| 07/18/2005 | ●4 | ORDER, granting request to proceed informa pauperis and attaching a payment authorization form; pltf. must return the authorization form, signed, to the court. (Copy to pltf.) Notice of Compliance deadline set for 8/17/2005. Signed by Judge |

|  |  |  |
|---|---|---|
|  |  | Sue L. Robinson on 7/12/05. (rld, ) Modified on 7/19/2005 (rld, ). (Entered: 07/18/2005) |
| 07/27/2005 | ➊5 | MOTION for Leave to Proceed in forma pauperis - filed by Larry F Wilson. (fmt, ) (Entered: 07/28/2005) |
| 07/27/2005 | ➊6 | Letter from L. Wilson regarding 6 month statement. (fmt, ) (Entered: 07/28/2005) |
| 07/27/2005 | ➊7 | Authorization by Larry F Wilson requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (fmt, ) (Entered: 07/28/2005) |
| 07/27/2005 | ➊8 | MOTION to Appoint Counsel - filed by Larry F Wilson. (fmt, ) (Entered: 07/28/2005) |
| 08/09/2005 | ➊9 | ORDER finding as moot 5 Motion for Leave to Proceed in forma pauperis, denying 8 Motion to Appoint Counsel . Signed by Judge Sue L. Robinson on 8/8/05. (fmt, ) (Entered: 08/09/2005) |
| 08/09/2005 | ➊10 | Trust Fund Account Statement by Larry F Wilson (Attachments: # 1 Letter enclosing six month transaction# 2 Letter) (fmt, ) (Entered: 08/10/2005) |
| 08/24/2005 | ➊11 | ORDER, plaintiff has submitted original USM 285 form(s) for each defendant. Additionally, the plaintiff has provided the court with one copy of the complaint for service upon each defendant; Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. (Copy to USM with Mag. Consent forms for service). Signed by Judge Sue L. Robinson on 8/24/05. (fmt, ) (Entered: 08/24/2005) |
| 08/24/2005 | ➊ | Exit to USMS for Service: USM 285 forms for First Correctional Medical, Nurse Rachel Cartwright, Dr. Ali and the Deputy Atty General with copies of D.I. Nos. 2, 4, 9, 11 with Mag Consent Forms (fmt, ) (Entered: 08/24/2005) |
| 09/21/2005 | ➊12 | USM 285 Returned Unexecuted for Deputy Atty General; no need to serve AG; all defts. are contract employees, not state of DE employees (fmt, ) (Entered: 09/21/2005) |
| 09/23/2005 | ➊13 | NOTICE of Change of Address by Larry F Wilson (fmt, ) (Entered: 09/26/2005) |
| 09/30/2005 | ➊14 | NOTIFICATION of Ongoing Problems and Damage to Injured Finger and Hand by Larry F. Wilson (fmt, ) (Entered: |

| | | |
|---|---|---|
| | | 10/03/2005) |
| 10/03/2005 | ⊚15 | Letter to Clerk from Larry Wilson regarding address change for Dr. Sitta Alie. (fmt, ) (Entered: 10/04/2005) |
| 10/03/2005 | ⊚16 | NOTIFICATION of obtaining full name of one of the defendants - Dr. Ali; full and correct name is Dr. Sitta Alie by Larry F. Wilson (fmt, ) (Entered: 10/05/2005) |
| 10/19/2005 | ⊚17 | Letter to Clerk from Larry F. Wilson regarding U.S. Marshal forms and requesting docket sheet. (fmt, ) (Entered: 10/20/2005) |
| 10/21/2005 | ⊚19 | Letter to Judge Robinson from Larry F. Wilson enclosing returned mail. (Attachments: # 1 Returned Mail)(fmt, ) (Entered: 10/25/2005) |
| 10/24/2005 | ⊚18 | Letter to Larry F. Wilson from Clerk regarding request for copy of docket; enclosing copy of docket (fmt, ) (Entered: 10/24/2005) |
| 11/02/2005 | ⊚20 | USM 285 Returned Unexecuted as to Rachel Cartwright; no longer at SCI (fmt, ) (Entered: 11/02/2005) |
| 11/08/2005 | ⊚21 | USM 285 Returned Unexecuted as to Sitta Alie; fired from First Correctional per DCC (fmt, ) (Entered: 11/08/2005) |
| 11/14/2005 | ⊚22 | Letter to Judge Robinson from Larry F. Wilson regarding service; has not received confirmation of service of forms. (fmt, ) (Entered: 11/15/2005) |
| 12/07/2005 | ⊚23 | USM 285 Returned Executed First Correctional Medical served on 11/29/2005, answer due 12/19/2005; executed as shown in "Remarks"; 11/29/05 served on Mary Ellen Flynn (employee) (fmt, ) (Entered: 12/07/2005) |
| 12/15/2005 | ⊚24 | Letter to U.S. Marshal from Larry Wilson requesting confirmation that the defendants in case have been served. (fmt, ) (Entered: 12/16/2005) |
| 12/28/2005 | ⊚25 | Letter to Clerk from Larry Wilson regarding documentation that the defendants have been served. (fmt, ) (Entered: 12/30/2005) |
| 12/28/2005 | ⊚26 | AMENDED COMPLAINT against First Correctional Medical, Rachel Cartwright, Sitta Alie- filed by Larry F. Wilson.(fmt, ) (Entered: 12/30/2005) |
| | | |

| 01/06/2006 | ❸27 | NOTICE of Appearance by Dana Michele Spring on behalf of First Correctional Medical (Spring, Dana) (Entered: 01/06/2006) |
| 01/06/2006 | ❸28 | ORDER Granting 26 Motion to Amend Complaint filed by Larry F. Wilson; the claim of deliberate indifference is added to the complaint. Signed by Judge Sue L. Robinson on 1/5/06. (fmt, ) (Entered: 01/06/2006) |
| 01/06/2006 | | ***Attorney Daniel L. McKenty for First Correctional Medical added. (fmt, ) (Entered: 01/06/2006) |
| 02/22/2006 | | ***Set Paper Documents Flag (rbe, ) (Entered: 02/22/2006) |
| 02/24/2006 | ❸29 | NOTICE of Records Deposition by First Correctional Medical (Spring, Dana) (Entered: 02/24/2006) |
| 02/27/2006 | ❸30 | MOTION for Default Judgment - filed by Larry F. Wilson. (fmt, ) (Entered: 03/01/2006) |
| 02/27/2006 | ❸31 | MOTION to Amend Complaint - filed by Larry F. Wilson. (fmt, ) (Entered: 03/01/2006) |
| 03/02/2006 | ❸32 | DEFICIENCY NOTICE by the Court issued to re 31 MOTION to Amend/Correct, 30 MOTION for Default Judgment as to all defendants; deficiency for lack of original signature (fmt, ) (Entered: 03/03/2006) |
| 03/10/2006 | ❸ | original D.I. Nos. 30 and 31 received on 3/10/06; deficiency (D.I. 32) is cleared (fmt, ) (Entered: 03/14/2006) |
| 03/22/2006 | ❸33 | Letter to The Honorable Sue L. Robinson from Dana M. Spring regarding Continuance Request - re 31 MOTION to Amend/Correct, 2 Complaint, 30 MOTION for Default Judgment as to all defendants. (Spring, Dana) (Entered: 03/22/2006) |
| 03/22/2006 | ❸ | CORRECTING ENTRY: The request in D.I. 33 was improperly filed as a letter which the court will not address, please refer to Chief Judge Robinson's website for guidance on when it is appropriate to file letters, motions and stipulations (fmt, ) (Entered: 03/22/2006) |
| 03/24/2006 | ❸34 | MOTION to Continue - filed by First Correctional Medical. (Attachments: # 1)(Hager, Gerald) (Entered: 03/24/2006) |
| 03/28/2006 | ❸35 | ORDER, Motions terminated: granting 34 MOTION to Continue filed by First Correctional Medical,. Reset Answer |

| | | Deadlines: First Correctional Medical answer due 4/28/2006. Signed by Judge Sue L. Robinson on 3/28/06. (rld, ) (Entered: 03/28/2006) |
|---|---|---|
| 03/28/2006 | ⊘36 | Letter to Clerk from Larry F. Wilson regarding Notice of Electronic Filing of Correcting Entry re D.I. 33. (fmt, ) Modified on 3/28/2006 (fmt, ). (Entered: 03/28/2006) |

Judge Sue L. Robinson

United States District Court

Lock Box 18

844 N King St.

Wilmington De

19801 - 3570

Larry F. Wilson

SBI 299-498

DCC

1181 PADDOCK RD.

Smyrna, Delaware

19977

CASE # SLR 05-0437

RE: NOTIFICATION OF ON GOING PROBLEMS

AND DAMAGE TO INJURED FINGER AND HAND

When I injured my finger, I broke a bone that goes from one Knuckle to the other see drawing. Now because of the physical actions that took place by the nurse and doctor and (First Correctional Medical because they are the employers of the other defendants) because of their negligence and medical-malpractice, assuming that my finger was dis-located and proceeded to pop it back in place when in fact it was not dis-located but clearly broken in half. These actions have caused me damage and on going problems with my hand. Now because of this the New medical providers and there staff are scheduling me to see a specialist. *I would like to also bring to attention when F.C.M. services and their staff where still in contract they failed to follow the emergency physician advice to send me to a orthptic surgen which this also could be a result in my pain and Damage and on going problems

that I am having. Please see drawing.

Sept 20, 2005                    Larry L Wilson

A- THE ORIGINAL INJURY COMPLETLY BROKEN IN HALF

B- THIS IS HOW MY FINGER LOOKED WHEN I WENT TO THE
NURSE. AS YOU CAN CLEARLY SEE THERE IS NO REASON
FOR SOMEONE TO SUGGEST THAT MY FINGER WAS
DIS-LOCATED.

C+D- BOTH AREAS ARE NOW causing ME Pain and Probler
I DO NOT HAVE MY ORIGINAL GRIPPING CAPACITY WHERE
THE LETTER (C) IS AT THAT KNUCKLE GETS STUCK
IN ONE POSITION AND THERE IS FREQUENT NUMBNESS.



E- BECAUSE I HAVE STATED PREVISOUSLY ON MY CLAIM
(FUTURE DAMAGE AND PROBLEMS) THIS FALLS
UNDER FUTURE DAMAGE AND MAYBE EVEN PERMENANT
DAMAGE DUE TO NEGLIGENCE AND MEDICAL MAL-
PRACTICE DEUE TO THE MEDICAL PROVIDER
(FIRST CORRECTIONAL MEDICAL) AND THEIR MEDICAL
STAFF. UPON LEAVING (BEE BEE HOSPITAL) LEWIS, DE
THE EMERGENCY PHYSICIAN GAVE THE D.O.C OFFICER
HIS DIAGNOSE, EXAMINATION, AND INSTRUCTION PAPERS
AND THESE WERE DELIVERED TO THE MEDICAL DEPT AT
S.C.I.. THEY ARE IN MY MEDICAL FILE. THE REPORT
STATED THAT I MUST SEE A ORTHIPTIC SURGEON
IN (7) DAYS. (THIS WAS NEVER DONE) AND AS
A RESULT TO THIS WHEN MY CAST WAS TAKEN OFF
THAT THE FINGER LISTED AS (E) IN THE ENCLOSED
DRAWING IS ALSO DAMAGED. FROM THE MIDDLE
KNUCKLE UP WILL NOT MOVE VOLINTARY, I HAVE TO
BEND IT WITH MY OTHER HAND. AND I CONTINUELY
COMPLAIN TO THE MEDICAL STAFF ABOUT THIS AND
THE ORIGINAL INJURED FINGER AND THE FACT THAT I
WAS SUPPOSED TO SEE A ORTHIPIC SURGEON. AND THIS
WAS COMPLETLY INGNORED; AT ONE TIME I WAS
TOLD THAT THE EMERGENCY STAFF TOLD ME THIS
JUST AS A PLOE TO GET MORE MONEY.
    IT WAS NOT UNTIL THE MEDICAL PROVIDER
HAD CHANGED OVER AND I WAS TRASFERER TO
D.C.C. SMYRNA, THAT I AM BEING SCHEDULED
TO SEE A SPECIALIST.

I WAS TOLD BY THE MEDICAL STAFF HEAR AT
D.C.C. THAT IF THE TENDONS OR LIGAMENTS
WHERE COMPLETLY TORN THAT NORMALY YOU
ONLY HAVE A (10) TEN DAY PEROID TO HAVE IT FIXED
BEFORE COMPLETE PERMANENT DAMAGE, BUT THEY
STATED THAT THEY WILL LET THE SPECIALIST
DETERMINE THAT.

Subsection (3)

On June 11, 2005 approx 11:40 AM I
completly broke and disfigured my finger
from playing basketball. I immediatly
notified the Housing officer who was
officer Darby at Housing Unit 5 in
pre-trial. The officer then notified
the medical dept and I was told to
go there.
    When I got to medical Cpl. Duke
and nurse Rachel were there, immediatly
upon my arrival nurse Rachel approached
me with a popcicle stick, tape, and quaze
she stated that this was all they Had
to offer at the time. I then explained
that you can clearly see my finger
is servily broken and needs emergency
medical attention. At that time the
nurse got on the phone with a Dr. Ali
who is unknown to me. When nurse
Rachel finished the phone call with
Dr. Ali she stated that from her
discription of my injury the doctor
believed my finger to be dislocated
(Note: Making a diagnose over the phone
with no x-ray.) and for me to take
two pain pills and then let her
nurse Rachel try to pop my finger
back in place. I disagreed with
their decision but agreed to return in
(30) thirty minutes.
    Once I returned the nurse was on
the phone with the doctor and what
I believe was being given directions
how to pop a finger in place as

half cast and told to see a orthepedic
surgen in 5-7 days.
On June 14, 2005 I was talking to
C/O Mumford and he stated to me
that he was talking to nurse Rachel
about me and she stated that when
she first saw my hand she knew
my finger was broke. So why
did nurse Rachel cause me more pain,
and more problems to my injury?

Witness
C/O Darby
CPL. Duke
C/O Mumford.



Correctional Medical Services

Larry Wilson; SBI # 299498
Building V A-14
1181 Paddock Road
Smyrna, DE 19977

2 Mar 2006
(DATE)

Dear Mr. Wilson,

You may review your medical file with the nursing staff at any time by submitting a sick call request. You make take notes and ask the nursing staff questions during this process, but, while incarcerated, we do not provide copies of your records.

Your medical records are the property of the Department of Corrections and the State of Delaware. Copies of your records will be available after your release. You would address your request to the Department of Corrections Health Services Unit, 245 McKee Road, Dover Delaware 19904. Please include your name, SBI number and dates that you are requesting information about. The cost for these copies would be determined by the Department of Corrections.

Correctional Medical Services is committed to providing appropriate care to everyone in our institutions. I apologize for the problems you have had in the past and encourage you to help us meet everyone's healthcare needs by helping us identify problems and concerns with the delivery of healthcare in the prisons.

Once again, thank you for bringing this matter to my attention.

Your Partner in Healthcare,

Scott S. Altman
Quality Assurance Monitor
Correctional Medical Services

CC: Warden Thomas Carroll
    Medical Record