

Case 1:05-cv-00437-SLR    Document 46-2    Filed 06/16/2006    Page 1 of 5

Sub Sec 1(A)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-437-SLR ) |
| FIRST CORRECTIONAL MEDICAL, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff Larry F. Wilson ("Wilson"), a prisoner incarcerated at Delaware Correctional Center, Smyrna, Delaware, filed a complaint pursuant to 42 U.S.C. § 1983 (D.I. 2);

WHEREAS, the defendants have either been served or service has been attempted;

WHEREAS, on December 28, 2005, Wilson filed a motion to amend his complaint to add a claim of "deliberate indifference" (D.I. 26), and "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served", Fed. R. Civ. P. 15(a); and

WHEREAS, to date, a responsive pleading has not been served;

THEREFORE, at Wilmington this 5th day of January, 2006, IT IS ORDERED that:

1. The motion to amend complaint (D.I. 26) is GRANTED.

2. A claim of deliberate indifference is added to the complaint.

3. The clerk of the court shall cause a copy of this order to be mailed to the plaintiff.

                                                                             /s/ [signature]
                                      United States District Judge

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

Larry F Wilson, Plaintiff

v.

First Correctional Medical
Dr. Ali
Nurse Rachel Cartwright, Defendants

Case No. 05-0437-SLR

## MOTION to Ammend Complaint

Comes now, the plaintiff, Larry F. Wilson pro se who pursuant to Rules of Civial Procedure Rule 15, moves this Honorable court to grant this motion. In support the following is asserted;

I am respestfully requesting to add to my claim Deliberate Indifference.

As a result of granting this motion my claim will be medical malpractice, negligence, and deliberate indifference.

Dec 20, 2005

Larry F. Wilson
SBI-299-498

## Certificate of Service

I, Larry F. Wilson, hereby certify that I have served a true and correct copy of the attached, MOTION to Ammend Complaint upon the following person/s below:

First Correctional Medical 6861 North Oracle RD. Tucson Arizona 85704

Dr. Ali                          P.O Box 500 SCI Georgtown De    19947
Nurse Rachel Cartwright  P.O Box 500 SCI Georgtown De    19947

Dec 20, 2005

Larry F Wilson
LARRY F. Wilson