## IN UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LARRY F. WILSON,** | ) | |
| | ) | **C.A. No. 05-437- SLR** |
| | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL,** | ) | |
| **NURSE RACHEL CARTWRIGHT and** | ) | |
| **DR. SITTA ALIE,** | ) | |
| **Defendants,** | ) | |

## DEFENDANT FIRST CORRECTIONAL MEDICAL'S MOTION TO STRIKE

Pursuant to District of Delaware Local Rule 7.1.2(a), defendant First Correctional Medical requests that this Court strike *Plaintiff Larry F. Wilson's Response to Defendant's Reply*, D.I. 46. In support of its motion, First Correctional Medical offers the following:

1.     Pursuant to Local Rule 7.1.2(a), this Court permits (1) an opening brief filed by the party presenting the motion; (2) an answering brief filed by the party defending the motion; and (3) a reply brief written by the party presenting the motion.

2.     Neither the federal rules nor the Local Rules permit a response to a final reply.

For the aforementioned reasons, defendant First Correctional Medical requests that this Court grant its Motion to Strike.

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical

June 20, 2006

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LARRY F. WILSON,** | ) | |
| | ) | **C.A. No. 05-437- SLR** |
| | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL,** | ) | |
| **NURSE RACHEL CARTWRIGHT and** | ) | |
| **DR. SITTA ALIE,** | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on the 20th day of June, 2006, two copies

of the attached *First Correctional Medical's Motion to Strike* were mailed, U.S. First Class, postage

prepaid, to the following:

**Larry F. Wilson**
**SBI# 299498**
**Delaware Correctional Center**
**1811 Paddock Road**
**Smyrna, DE 19977**

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Dana Spring Monzo
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for Defendant First Correctional Medical

Dated: June 20, 2006

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LARRY F. WILSON,** | ) | |
| | ) | **C.A. No. 05-437- SLR** |
| | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL,** | ) | |
| **NURSE RACHEL CARTWRIGHT and** | ) | |
| **DR. SITTA ALIE,** | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

And now this _____ day of _____, 2006, having considered

First Correctional Medical's Motion to Strike and any opposition thereto,

It is **HEREBY ORDERED** that First Correctional Medical's Motion to Strike is granted.

_____
J.