Clerk,

July 14, 2006

This letter is to inform the honorable court of my change of address.
I am currently residing at the following:

Central Violation of Probation
P.O Box 5003
Smyrna De. 19977

Please take note of this



FILED

JUL 21 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

Case 05-437-SLR

L. Wilson
        V
First Correctional Medical
et al

Respectfully

Larry F. Wilson

LArry F. Wilson
299-498
C VOP
P.O Box 5003
Smyrna De
        19977

Certificate of Service

I Larry F. Wilson hereby certify on this 14th of July 2006 have placed in US mail a true and correct copy of the attached letter of Change of address to the following partie(s)

McCullough & McKenty P.A

Dana M. Spring
1225 N. King St. Suite 1100
P.O Box 397
Wilmington De
19899 - 0397

Larry F. Wilson

LArry F. Wilson

I/M Larry F. Wilson

SBI# 289-498    UNIT Pod 3

CENTRAL VIOLATION CENTER

P.O. BOX 5003

SMYRNA, DELAWARE 19977-5003

Legal Mail



UNITED STATES POSTAGE
$ 00.39⁰
02 1A
0004316757    JUL 20 2006
MAILED FROM ZIP CODE 19904
PITNEY BOWES

United States District Court (Clerk)

844 N. King St.

Lock Box 18

Wilmington De

19801 - 3570