D.I. # _____

# CIVIL ACTION NUMBER: 05 CV 437 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

