United States District Court
For the District of Delaware

# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. 05-437 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

05-437-SLR

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Daniel L. Mckenty, Esq.
McCullough + Mckenty, P.A.
1225 North King Street
Suite 1100
P.O. Box 397
Wilmington, DE 19899

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Tina Costa
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Tina Costa

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 3169 5131

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540