IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-437-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| NURSE RACHEL CARTWRIGHT and | ) |
| DR. SITTA ALIE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington, this 29th day of September, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to dismiss (D.I. 41) is granted.

                                            /s/ _____
                                           United States District Judge