Clerk of Court,                                    Oct 5, 2006

I am requesting an appeal on the
courts decision in my claim dated
Sept. 29, 2006  Civ, NO 05-437-SLR.
Please note that I am now at
Sussex Work-Release center 23207 Dupoint
Blvd Georgetown De. 19947 and I do not
have access to and law library. Please
forward me the neccessary paper work.
Or give me the proper address to file one

                                    Sincerly
                                    Larry Wilson
                                    299-498

05 cv 437 SCR

FILED

OCT 1 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE   LG
                       Scanned

WILMINGTON DE 197

06 OCT 2006 PM 1 L

Larry Wilson
B-Tier
23207 Dupont Blvd
Georgtown De
19947

Clerk of Court
844 N. King St Lock Box 18
Wilm. De.
19801