H:\FILES\DAN\WILSON (FCM)\Motion to Seal.wpd

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY F. WILSON, | ) | |
| | ) | C.A. No. 05-437- SLR |
| | ) | |
| | ) | JURY OF 12 DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| NURSE RACHEL CARTWRIGHT and | ) | |
| DR. SITTA ALIE, | ) | |
| Defendants, | ) | |

### FIRST CORRECTIONAL MEDICAL'S MOTION TO SEAL

First Correctional Medical, hereinafter "FCM", moves the Court for a protective order sealing the addresses of its former employees. In support of its motion, FCM offers the following:

1. Pursuant to D.I. 49, this Court requested that FCM provide the last known addresses of the following individuals:

   Dr. Sitta Alie
   Nurse Rachel Cartwright

2. These individuals have worked, and may continue to work, in the Delaware Prison System. Due to the sensitive nature of their employment and the population they serve/served, FCM requests, for both the protection and privacy of their former employees, that their personal information be kept under seal.

3. In order to comply with D.I. 49, FCM has attached the requested addresses as Exhibit A and prays that this Court will see that service as to these individuals is handled by the Federal Marshal Service without the plaintiff gaining access to the private information of FCM's former

employees.

4.     For the above mentioned reasons, FCM requests that this Court seal the addresses of FCM's former employees.

**MCCULLOUGH & MCKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar #2689
Dana Spring Monzo, Del. Bar # 4605
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendants

Dated: October 13, 2006

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LARRY F. WILSON,** | ) | |
| | ) | C.A. No. 05-437- SLR |
| | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL,** | ) | |
| **NURSE RACHEL CARTWRIGHT and** | ) | |
| **DR. SITTA ALIE,** | ) | |
| **Defendants,** | ) | |

## **ORDER**

**AND NOW**, the Court having considered First Correctional Medical's Motion to Seal, and it appearing that the motion is brought in good faith,

**IT IS HEREBY ORDERED** this _____ day of _____, 2006, that the addresses of First Correctional Medical's former employees be sealed.

_____
J.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, ) | |
| ) | C.A. No. 05-437- SLR |
| ) | |
| ) | JURY OF 12 DEMANDED |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL, ) | |
| NURSE RACHEL CARTWRIGHT and ) | |
| DR. SITTA ALIE, ) | |
| Defendants, ) | |

**CERTIFICATE OF SERVICE**

I, **DANA SPRING MONZO**, hereby certify that on this date, **First Correctional Medical's Motion to Seal** was served, via first class mail, upon the following:

**Larry F. Wilson
SBI# 299498
Delaware Correctional Center
1811 Paddock Road
Smyrna, DE 19977**

        **MCCULLOUGH & MCKENTY, P.A.**

        /s/ Dana Spring Monzo
        Daniel L. McKenty, Del. Bar #2689
        Dana Spring Monzo, Del. Bar # 4605
        McCullough & McKenty, P.A.
        1225 N. King Street, Suite 1100
        Wilmington, DE 19899-0397
        (302) 655-6749
        Attorneys for Defendants

Dated: October 13, 2006