UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, ) | |
| ) | C.A. No. 05-437- SLR |
| ) | |
| ) | JURY OF 12 DEMANDED |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL, ) | |
| NURSE RACHEL CARTWRIGHT and ) | |
| DR. SITTA ALIE, ) | |
| Defendants, ) | |

**FIRST CORRECTIONAL MEDICAL'S MOTION TO SEAL - EXHIBIT A**

**CONFIDENTIAL - FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER**

MCCULLOUGH & MCKENTY, P.A.

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar #2689
Dana Spring Monzo, Del. Bar # 4605
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendants

Dated: October 13, 2006