UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 06-4420</u>

Wilson

vs.

First Corr Med Inc, et al.

Larry F. Wilson SBI#299498, Appellant

(***Delaware** District Civil No. 05-cv-00437)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*[signature: Marcia M. Waldron]*

Clerk

Date: January 18, 2007
*AMENDED January 22, 2007
cc:
    Mr. Larry F. Wilson
    Dana M. Spring, Esq.