Clerk of Court

April 30, 2007

Case no.: 05-437-SLR

Re: Filing State claim

By having this fed. claim in court, does this stop, or effect me from filing a state tort claim? Could you please respond.



Sincerly

Larry Wilson

SBI 299-498

Harry Wilson
SBI # 00259498
SCCC
23207 DuPont Blvd.
Georgetown, DE 19947

Office of The Clerk
United States District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801-3570

U.S. POSTAGE PAID
GEORGETOWN, DE
MAY 04, 07
0002169406
19801
AMOUNT
$0.87