April 30, 2007

Clerk of Court

Case NO: 05-437-SLR

Re: Docket.

Recently my house burnt down, and I've lost all documents to my case. So my first question is Can I please get copies of my case, Second is can I please have a copy of my docket of all documents filed

Sincerly

Larry Wilson
SBI
299-498



FILED
MAY 07 2007
RGscann--

Harry Wilson
SBI # 00299498
SCCC
23207 Dupont Blvd.
Georgetown, DE 19947

U.S. POSTAGE PAID
GEORGETOWN, DE
MAY 4 '07
AMOUNT $0.87
00026394-05

Office of The Clerk
United States District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801-3570