Clerk of Court

April 30, 2007

FILED
MAY 0 7 2007
RG scan. 1

Case no: 05-437-SLR

Re: USM-285 Forms, Complaints and amended complaints.

Enclosed is two (2) U.S.M-285 forms one for each defendant.

On the 17th of April the honorable court issued a supplemental service order request these because of the amended complaint, as stated in a letter that I wrote the clerk of court my house burnt down to the ground with all my belongings in it, including all documents on this case, but the court as copies of all documents and for me to write another one it would alter the original. Also in the original amendment complaint there is an additional defendant added (Dr. Burns.) Why is she not added as a defendant? Please correspond with me and give me an outlet to resolve this, I am at V.O.P and only have access to documents and ask questions, but the questions I am asking are only capable of being answered

by the courts or the honorable judge.

Sincerely

Larry F. Wilson

LARRY F. Wilson

SBI 299-498

Larry Wilson
SBI # 00269498
SCCC
23207 DuPont Blvd.
Georgetown, DE 19947

Office of The Clerk
United States District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801-3570

U.S. POSTAGE PAID
GEORGETOWN, DE
MAY 04, '07
AMOUNT $0.87