IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 05-437-SLR |
| | ) |
| | ) |
| NURSE RACHEL CARTWRIGHT, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL SERVICE ORDER**

WHEREAS, plaintiff filed an amended complaint prior to service of the original complaint (D.I. 26);

WHEREAS, on February 27, 2006, plaintiff filed a second motion to amend complaint to add Dr. Burns as a party defendant (D.I. 31);

WHEREAS, "[a]fter amending once or after an answer has been filed, the plaintiff may amend only with leave of the court or the written consent of the opposing party, but 'leave shall be freely given when justice so requires.'" Shane v. Fauver, 213 F.3d 113, 115 (3d Cir. 2000) (quoting Fed. R. Civ. P. 15(a));

WHEREAS, the court has identified what appears at this time to be a cognizable claim within the meaning of 28 U.S.C. § 1915A(b) against additional defendant Dr. Burns;

NOW THEREFORE, IT IS HEREBY ORDERED this /0th day of May, 2007 that:

1.  The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall provide an original "U.S. Marshal-285" form for **the additional defendant Dr. Burns**. Additionally, plaintiff shall provide the court with copies of the original complaint (D.I. 2), the amended complaints (D.I. 26, 31) for service upon the additional defendant. **Plaintiff is notified that the United States Marshal will not serve the complaint and amended complaints until the "U.S. Marshal 285" form has been received by the clerk of the court. Failure to provide the "U.S. Marshal 285" form for the additional defendant within 120 days of this order may result in the complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

3. Upon receipt of the form(s) required by paragraph 2 above, the United States Marshal shall forthwith serve a copies of the complaint and amended complaints (D.I. 2, 26,31) as well as copies of the court's orders dated August 24, 2005, (D.I. 11) January 6, 2006 (D.I. 28), and September 29, 2006 (52, 53), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the additional defendant identified in the 285 forms.

4. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

5.  Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

6.  No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

7.  **NOTE:** *** When an amended complaint is filed prior to service, the court will **VACATE** all previous Service Orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

8.  **NOTE:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE