OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

May 14, 2007

TO:  Larry F. Wilson
     #299498
     Sussex Community Correctional Center (SCCC)
     23207 DuPont Boulevard
     Georgetown, DE 19947

**RE: U.S. Marshal 285 Forms**
    *Civ. No. 05-437 SLR*

Dear Mr. Wilson:

   Please be advised that this office has received U.S. Marshal 285 forms for Nurse Rachel Cartwright and Dr. Sitta Alie in the above referenced case.

   Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,


/ead                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Sue L. Robinson
     U.S. Marshal
     Pro Se Law Clerk