Clerk of Court

May 21, 2007

Civ. Action NO. 05-437-SLR

Re: To Request Courts assistance.

The plaintiff DR. Burns that has been added to my claim per the Courts no longer works at S.C.I, Due to the change in medical provider. As the courts are aware this is the same with the other defendants.

I am respectfully requesting the courts to petition First Correctional Medical for DR. Burns current address and forward the address to the United States Marshals so they may fill in the (Serve At) location on the US.m 285 form. Also inclosed is the form filled out.

05cv 437 SLR

FILED
MAY 29 2007
RGscanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerly

Larry Wilson

LARRY Wilson
299-498

Larry Wilson
SBI # 00299498
23207 Dupont Blvd.
Georgetown, DE 19947

United States District Court
Clerk of the Court
J. Caleb Boggs Federal Bldg.
Lock Box 18
844 N. King St
Wilmington, DE 19801


