IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 05-437-SLR |
| | ) |
| NURSE RACHEL CARTWRIGHT, | ) |
| DR. SITTA ALIE, and DR. BURNS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington, this ___12th___ of June, 2007;

Plaintiff, an inmate at Sussex Community Correctional Center, filed an amended complaint adding as a defendant, Dr. Burns. (D.I. 31) A supplemental service order was entered on May 11, 2007, requiring plaintiff to submit a complete USM-285 form for Dr. Burns. (D.I. 63) Rather than submit a complete USM-285 form, plaintiff left the address portion blank and asked the court to complete the address information by entering an order requiring dismissed defendant First Correctional Medical to supply Dr. Burns' address. (D.I. 66) There is no indication plaintiff made any effort to obtain the address.

THEREFORE, IT IS HEREBY ORDERED that plaintiff shall submit a complete USM-285 form for Dr. Burns at Dr. Burns' last known address. In the event that the U.S. Marshal is unable to serve Dr. Burns, plaintiff is given leave to file a motion with the court in an attempt to effect service upon Dr. Burns. Plaintiff shall submit a

complete USM-285 form for Dr. Burns within thirty days from the date of this order.

                                                        *[signature]*
                                  UNITED STATES DISTRICT JUDGE