UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON,              )<br>                               )<br>          Plaintiff,            )<br>                               )<br>     v.                        )<br>                               )<br>FIRST CORRECTIONAL MEDICAL,    )<br>NURSE RACHEL CARTWRIGHT and    )<br>DR. SITTA ALIE,                )<br>                               )<br>          Defendants.          ) | C.A. No. 05-437- SLR<br><br>JURY OF 12 DEMANDED |

## SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendant First Correctional Medical.

| | |
|---|---|
| McCULLOUGH & McKENTY, P.A. | McCULLOUGH & McKENTY, P.A. |
| /s/ Dana Spring Monzo | /s/ Daniel L. McKenty |
| Dana Spring Monzo, *DE Bar No. 4605* | Daniel L. McKenty, *DE Bar No. 2689* |
| Legal Arts Building | Legal Arts Building |
| 1225 King Street, Suite 1100 | 1225 King Street, Suite 1100 |
| P.O. Box 397 | P.O. Box 397 |
| Wilmington, DE 19899-0397 | Wilmington, DE 19899-0397 |
| 302-655-6749 | 302-655-6749 |
| Attorney for Defendant | Attorney for Defendant |
| First Correctional Medical | First Correctional Medical |

Dated: June 13, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY F. WILSON, | ) | |
| | ) | C.A. No. 05-437- SLR |
| Plaintiff, | ) | |
| | ) | JURY OF 12 DEMANDED |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| NURSE RACHEL CARTWRIGHT and | ) | |
| DR. SITTA ALIE, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individual via first class mail:

Larry F. Wilson
SBI# 299498
Delaware Correctional Center
1811 Paddock Road
Smyrna, DE 19977

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 13, 2007