IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civ. No. 05-437-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, NURSE RACHEL CARTWRIGHT and DR. SITTA ALIE, | ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Elzufon Austin Reardon Tarlov & Mondell, P.A., as counsel for Defendant, Rachel Cartwright.

                        **ELZUFON, AUSTIN, REARDON, TARLOV & MONDELL, P.A.**

                        /s/ John A. Elzufon
                        JOHN A. ELZUFON – I.D. #177
                        ANDREA C. RODGERS – I.D. #4350
                        300 Delaware Avenue, Suite 1700
                        P.O. Box 1630
                        Wilmington, DE  19899-1630
                        (302) 428-3181
                        Attorney for Defendants

Dated: August 21, 2007

G:\Docs\CLIENT\314\19310\pleading\00412700.DOC

## **CERTIFICATE OF SERVICE**

I, ANDREA C. RODGERS, ESQUIRE, do hereby certify that on this 21st day of August, 2007, a copy of the attached Entry of Appearance was served By Regular Mail and via LexisNexis File & Serve on the following individuals of record:

Larry F. Wilson
Inmate No. 299-498
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE  19947


/s/ Andrea C. Rodgers
ANDREA C. RODGERS, ESQ. (I.D. #4350)


G:\Docs\CLIENT\314\19310\pleading\00412705.DOC