IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civ. No. 05-437-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, NURSE | ) |
| RACHEL CARTWRIGHT and DR. SITTA ALIE, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO EXTEND TIME TO ANSWER**

Defendant, Rachel Cartwright, R.N., hereby moves this Honorable Court for an extension of time to respond to the waiver of summons and to answer the Complaint.

**Rule 7.1.1 statement**

The undersigned attorney has not conferred with plaintiff regarding this motion because plaintiff is incarcerated in the Delaware Correction Center and is unrepresented by counsel.

**Background**

1. Plaintiff attempted to reach defendant, Rachel Cartwright, R.N., with the Complaint and waiver of service at what was apparently a former address.

2. A returned USM 285 was filed with the Court on July 25, 2007 as to Rachel Cartwright (see D.I. 69). This docket entry consists of a sealed document and the notation "Sealed USM 285 returned unexecuted as to Rachel Cartwright. Has not been at address since August, 2006."

3. The documents plaintiff was attempting to serve eventually were forwarded by mail to defendant Cartwright, who promptly forwarded these documents to her insurer, who immediately retained counsel to represent Ms. Cartwright.

1

4. This process resulted in counsel receiving the documents well after the time expired for Ms. Cartwright to waive service of process.

5. Ms. Cartwright requests that the Court allow her to waive service of process and grant an extension of time to answer the Complaint until September 7, 2007.

WHEREFORE, defendant, Rachel Cartwright, R.N., respectfully requests the relief described above.

> ELZUFON, AUSTIN, REARDON,
> TARLOV & MONDELL, P.A.
>
> /s/ Andrea C. Rodgers
> JOHN A. ELZUFON – I.D. #177
> ANDREA C. RODGERS – I.D. #4350
> 300 Delaware Avenue, Suite 1700
> P.O. Box 1630
> Wilmington, DE 19899-1630
> (302) 428-3181
> Attorney for Defendants

Dated: August 23, 2007

G:\Docs\CLIENT\314\19310\pleading\00413357.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civ. No. 05-437-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, NURSE RACHEL CARTWRIGHT and DR. SITTA ALIE, | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

IT IS HEREBY ORDERED on this ___ day of _____, 2007:

1. Service of process on defendant, Rachel Cartwright, R.N., is waived.

2. An extension of time until September 7, 2007 to answer the Complaint is GRANTED.

IT IS SO ORDERED.

_____
The Honorable Sue L. Robinson

G:\Docs\CLIENT\314\19310\pleading\00413357.DOC

## CERTIFICATE OF SERVICE

I, ANDREA C. RODGERS, ESQUIRE, do hereby certify that on this 23rd day of August, 2007, a copy of the attached MOTION TO EXTEND TIME TO ANSWER was served via LexisNexis File & Serve and Regular Mail on the following individuals of record:

Larry F. Wilson
Inmate No. 299-498
Delaware Correctional Center
1181 Paddock Rd
Smyrna, DE 19977

/s/ Andrea C. Rodgers
ANDREA C. RODGERS, ESQ. (I.D. #4350)

G:\Docs\CLIENT\314\19310\pleading\00413357.DOC