IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civ. No. 05-437-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, NURSE | ) |
| RACHAEL CARTWRIGHT and DR. SITTA ALIE, | ) |
| | ) |
| Defendants. | ) |

## ANSWER OF DEFENDANT RACHAEL CARTWRIGHT, R.N.

Defendant Rachael Cartwright, R.N. responds as follows to the allegations set forth in the plaintiff's Complaint:

1.  Denied that answering defendant engaged in any wrongful conduct.

2.  Denied that answering defendant proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

3.  Denied that answering defendant had any role in the alleged injury or disfigurement of the plaintiff on June 11, 2005.

4.  Denied that answering defendant was deliberately indifferent to a serious medical need of plaintiff or otherwise infringed upon plaintiff's civil rights.

5.  Denied that answering defendant caused any need for present or future medical or rehabilitation treatment.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff fails to state a 42 U.S.C. § 1983 claim against Rachael Cartwright, R.N.

### THIRD AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against Rachael Cartwright, R.N. upon which plaintiff can recover with respect to civil rights claim for deliberate indifference to a serious medical condition of plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff failed to file an Affidavit of Merit pursuant to 18 Del.C. § 6853 that is required for all medical malpractice claims.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff failed to adequately plead a medical malpractice claim against Rachael Cartwright, R.N.

WHEREFORE, defendant Rachael Cartwright, R.N. asks that the Complaint against her be dismissed with prejudice and all costs be assessed against the plaintiff.

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

/s/ John A. Elzufon
_____
JOHN A. ELZUFON – I.D. #177
ANDREA C. RODGERS – I.D. #4350
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181
Attorney for Defendant/Rachael Cartwright, R.N.

Dated: September 7, 2007

G:\Docs\CLIENT\314\19310\pleading\00415439.DOC

2

## CERTIFICATE OF SERVICE

I, ANDREA C. RODGERS, ESQUIRE, do hereby certify that on this 7th day of September, 2007, a copy of the attached ANSWER OF DEFENDANT RACHAEL CARTWRIGHT, R.N. was served By Regular Mail and via LexisNexis File & Serve on the following individuals of record:

Larry F. Wilson
Inmate No. 299-498
Sussex Community Correctional Center
23207 N. DuPont Blvd.
Georgetown, DE 19947

/s/ Andrea C. Rodgers
ANDREA C. RODGERS, ESQ. (I.D. #4350)

G:\Docs\CLIENT\314\19310\pleading\00415439.DOC