Clerk of Court                          Sept 28, 2007

                        Civ No. 05-437 SLR

I have recently filed another U.S Marshall form for defendant Dr Burn in my case and have also stated that she more then likley will not be at the last known address, which is at the prison.

    How do I go about finding out the progress in the last form I sent out.

    Please corrospond back with me.

NOTE: I've heard through other medical staff here at S.C.I DR. Burns has moved to Florida, wether this is true or not, just some info.

                        Sincerly

                        Larry Wilson

                        299498



RECEIVED
OCT 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE