IN The United States District Court
For the District of Delaware

Larry Wilson,           *
    Plaintiff       *
    V.              *
                    *   No. 05-437-SLR
First Correctional Medical,   *
Nurse Rachael Cartwright,     *
and Dr. Sitta Alie,           *
    Defendants

## NOTICE OF MOTION

TO: First Correctional Medical, Rachel Cartwright, Dr. Sitta Alie, and Attorney (Andrea C. Rodgers ESQ)

PLEASE TAKE NOTICE that the attached Motion for Court Appointed Counsel will be presented at the convenience of the Honorable Court.

Larry F Wilson
P.O. Box 500
S.C.I.
Georgetown De 19947
SBI# 299498

DATED: Sept 28, 2007



RECEIVED
OCT 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED OCT 10 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Larry Wilson
_____ Plaintiff/s

V.

First Correctional Medical
Nurse Racheal Cartwright Defendant/s
Dr Sitta Ahie

Civil Action No.: 05-437-SLR

MOTION FOR Court Appointed Counsle

COMES NOW, the Plaintiff, Larry F. Wilson, pro se who pursuant to Fed ct. Civ. Rules, moves this Honorable Court to grant this motion. In support, the following facts are asserted;

The plaintiffs complaint has been before the honorable Court for approx. 2yrs, during those 2yrs the plaintiff has been able to fill out certian documents, answer certian documents, but that is it.

During those 2yrs plaintiff has had difficulty with assisting his complaint in certian legal areas because he lacks the legal law knowledge.

At this time the plaintiff is incarcerated at S.C.I and does not have access to the necessary areas that a lawyer would have access to, and this would help the plaintiff in the proceedings of his complaint

The Plaintiff has had on going problems with his hand, he has had surgery on three different areas that include finger, hand, and elbow because of the injurie(s) that are alligated in the plaintiffs complaint, and the plaintiff is not medicaly nor legaly incline to represent himself. At this stage in the proceedings the plaintiff finds it pertinent to have a lawyer represent him to futher these proceedings in a more efficent and legal manner.

Therefore the plaintiff hopes the honorable court agrees with plaintiff and grants this motion

Larry F. Wilson

## CERTIFICATE OF SERVICE

I, <u>Larry F. Wilson</u>, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the <u>28</u> day of <u>September</u>, <u>2007</u>.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

\*\* Circle the Department of Justice you are serving\*\*

| (circled) Deputy Attorney General Department of Justice 820 North French Street Wilmington, DE 19801 | Deputy Attorney General Department of Justice 102 West Water Street Dover, DE 19904 | Deputy Attorney General Department of Justice 114 East Market Street Georgetown, DE 19947 |
|---|---|---|

Sept 28, 2007
Date Signed

_Larry F. Wilson_
Signature of Movant (Notarization not required)

The plaintiff LARRY Wilson is also serving via US mail

Andrea C. Rodgers, Esq
Elzufon Austin Reardon
Tarlov and Mondell
300 Delaware Ave
P.O Box 1630
[Wilmington, DE] 19899