IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LARRY F. Wilson, pro se )
    plaintiff )
  vs. )  Civ. No. 05-437-SLR
)
FIRST CORRECTIONAL MEDICAL, )
NURSE RACHAEL CARTWRIGHT and )
DR. SITTA ALIE, )
    Defendants



Answer to Motion to Dismiss of Defendant Rachael Cartwright, R.N.

1. As to section number one in the defendants motion Nurse Rachael Cartwright never performed any treatment, she caused severe pain and more injury to the plaintiff and was not going to send plaintiff to Hospital or ask to send plaintiff until plaintiff refused to let Defendant touch his hand again.

2. As to section number two in the defendants motion plaintiff stated that filing the complaint in Federal Court was the only step he took, the plaintiff was meaning (legal) step, not grievance wise, plaintiff has also stated numrous times that he has filed grievance, as well as the defendants have stated they have read plaintiffs

grievances, as stated in there motion, the defendants just don't like the contex of the grievances. Plaintiff continuously filed grievances until he was released from D.C.C.
Note: all S.C.I grievances were voided when plaintiff was transfered to D.C.C, also once F.C.M was relieved of their contract all paper as far as grievances and complaints against them was taken by them and D.O.C has no copies of them.

3. As to section number ten in defendants motion, As plaintiff has stated in prior motions and documents, By nurse Racheal Cartwright following orders given to her by DR. Sitta ALie she committed (deliberate indifference) act against plaintiff because she could plainly see, through the plaintiffs deformed hand that he needed X-RAys, CAst, ect. ect. but refused and ignored the obvious, by doing this she delayed medical treatment, and by doing so the defendant prevented the plaintiff from recieving proper medical care.

4. As to defendants concerns on plaintiff exhausting administraitive remedies, as plaintiff has stated in all documents he has filed repeatively grievances, but due to his transfer from S.C.I to D.C.C all his S.C.I grievances could not be fully exhausted, and the fact that F.C.M was terminated from their contract as the medical provider, that in return caused the plaintiffs grievances to be terminated with them, now some of the grievances the plaintiff filed after he was transfered to D.C.C where resolved and other grievances were not exhausted, because plaintiff was released from D.C.C and plaintiff can not re-open old existing grievances.

So do to the fact that the F.C.M provider is not the medical provider any more, and all the transfers, and release from prison and the plaintiff not being able to retrieve any other grievances because the medical provider has changed and all the documents to plaintiffs grievances were gone with F.C.M, the plaintiffs complaint should go forward with proceedings.

5. As to plaintiff not filing an affidavit of merit this is because the plaintiff had no knowledge of the need for this, and once the plaintiff learned of its importancy he learned that he was not capable of getting one due to incarceration, at this present time the plaintiff has filed (two) seperate motions (one) for exstention to file Affidavit of Merit and (two) motion for Court appt. Counsel so the counsel may assist in areas of this nature through out the proceedings.

Therefore with all the facts that have been stated, the plaintiff ask the honorable Court to deny the defendant(s) motion to dismiss defendant Racheal Cartwright R.N.

Sept. 28, 2007

LARRY F. Wilson
SBI 299498

*Larry F. Wilson*

## CERTIFICATE OF SERVICE

I, _Larry F. Wilson_, hereby certify that I have served a true and correct copy of the attached _Answer to Motion to Dismiss Defendant_ upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Andrea C. Rodgers ESQ. | 300 Delaware Ave, P.O. Box 1630 | Wilmington De 19899 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This _28_ day of _Sept_, _2007_.

_LARRY F. Wilson_

_Larry F. Wilson_