IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

LARRY F. WILSON, )
plaintiff )
)
V. ) Civ No. 05-437-SLR
)
)
FIRST CORRECTIONAL MEDICAL, )
NURSE RACHAEL CARTWRIGHT, and )
DR. SITTA ALIE )
DEFENDANTS, )



MOTION FOR EXTENSION TO FILE
AFFIDAVIT OF MERIT

Due to the lack of knowledge of law the plaintiff never knew he needed an affidavit of merit from a proffesional and once learned that he needed one, he was never capable of getting one because of incarceration. Due to these circumstances the honorable court should grant this motion, because wether it be now or before the plaintiff would still need time due to incarceration and no lawyer. The plaintiff ask the court for the understanding of these extraordinary circumstances and grant this motion

Date Sept 28, 2007

LARRY F. Wilson
SBI 299498

*Larry Wilson*

## CERTIFICATE OF SERVICE

I, Larry Wilson, hereby certify that I have served a true and correct copy of the attached Motion for Extention to file Affidavit of Merit upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Andrea C. Rodgers | 300 Delaware Ave P.O.Box 1630 | Wilmington De 19899 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This 28 day of Sept, 2007.

LARRY WILSON

Larry F. Wilson