IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Larry F. Wilson
Plaintiff

V.

First Correctional Medical,
Nurse Rachael Cartwright, and
Dr. Alie
Defendants

Civ No. 05-437-SLR

RECEIVED
OCT 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion to Supenoa First Correctional Medical of last know address of Dr. Burns

The plaintiff request the honorable courts to Supenoa F.C.M to find the where abouts of defendant Dr. Burns so she may be served by the U.S. Marshal.
The plaintiff acknowledges that the address maybe sealed for sercurity reasons, and is satisfied with this, as long as U.S. Marshals may serve law suit.

Date Sept 28, 2007

Larry F. Wilson
299498

*Larry Wilson*

## CERTIFICATE OF SERVICE

I, Larry Wilson, hereby certify that I have served a true and correct copy of the attached Motion to Supenoa FirstCorrectional upon the following person/s below: Medical of last Know address of Dr. Burns

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Andrea C. Rodgers | 300 Delaware Ave P.O Box 1630 | Wilmington De 19899 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This 28 day of Sept, 2007.

Larry F. Wilson

*Larry F. Wilson* (signature)

I/M: Larry Wilson 299498  BLDG. MSB F-Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk of Court
District Court of Delaware
Lock Box 18, 844 King St
Wilmington De
                19801

Legal Mail