IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, *pro se* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civ. No. 05-437-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, NURSE RACHAEL CARTWRIGHT and DR. SITTA ALIE, | ) ) ) |
| | ) |
| Defendants. | ) |

**DEFENDANT RACHEL CARTWRIGHT'S REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Defendant, Rachel Cartwright, R.N., by and through her attorneys, hereby replies to plaintiff's opposition to her Motion to Dismiss as follows:

1. Defendant's Motion to Dismiss assumed all facts presented in Plaintiff's Complaint and subsequent filings to be true for purposes of this motion. Plaintiff's additional argument or perception of these facts does not affect the validity of defendant's previously filed motion.

2. Mr. Wilson was treated at the prison facility and also at Beebe Medical Center the same day as his injury. This does not demonstrate delay or deliberate indifference by Nurse Cartwright.

3. Mr. Wilson's explanation that future prison grievances were filed does not meet the requirement that he exhaust his administrative grievance process <u>before</u> filing suit. As is clearly evident on the face of the grievances, not one of them addressed actions by Rachel Cartwright, RN.

4. Finally, Mr. Wilson requests relief from the Affidavit of Merit requirement based on his lack of information about the law. This is not a valid basis, as stated by Justice Berger,

1

"ignorance of the law will not form the basis for relief from judgment." <u>Brannon v. Lamaina</u>, 659 A.2d 227 (Table)(Del.,1994).

WHEREFORE, defendant respectfully requests that the claims against her be dismissed for the reasons stated in her previously filed Motion to Dismiss.

                                  **ELZUFON, AUSTIN, REARDON,**
                                  **TARLOV & MONDELL, P.A.**

                                  /s/ Andrea C. Rodgers
                                JOHN A. ELZUFON – I.D. #177
                                ANDREA C. RODGERS – I.D. #4350
                                300 Delaware Avenue, Suite 1700
                                P.O. Box 1630
                                Wilmington, DE  19899-1630
                                (302) 428-3181
                                jelzufon@elzufon.com
                                Attorneys for Defendant Rachael Cartwright, R.N.

Dated: October 22, 2007

G:\Docs\CLIENT\314\19310\pleading\00423722.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, *pro se* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civ. No. 05-437-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, NURSE | ) |
| RACHAEL CARTWRIGHT and | ) |
| DR. SITTA ALIE, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

IT IS HEREBY ORDERED that plaintiff's Complaint is hereby dismissed for failure to state a claim upon which relief may be granted and pursuant to 18 Del.C. § 6853(a)(1).


_____
The Honorable Sue L. Robinson

## CERTIFICATE OF SERVICE

I, ANDREA C. RODGERS, ESQUIRE, do hereby certify that on this 23rd day of October, 2007, a copy of the attached MOTION TO DISMISS OF DEFENDANT RACHEL CARTWRIGHT, R.N. was served By Regular Mail and via LexisNexis File & Serve on the following individuals of record:

Larry F. Wilson
Inmate No. 299-498
Sussex Community Correctional Center
23207 N. DuPont Blvd.
Georgetown, DE 19947

/s/ Andrea C. Rodgers
ANDREA C. RODGERS, ESQ. (I.D. #4350)

G:\Docs\CLIENT\314\19310\pleading\00423722.DOC