IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-437-SLR |
| ) | |
| NURSE RACHEL CARTWRIGHT, ) | |
| DR. SITTA ALIE, and DR. BURNS, ) | |
| ) | |
| Defendants. ) | |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendants Dr. Sitta Alie and Dr. Burns pursuant to Federal Rule of Civil Procedure 55(a) as defendants have failed to answer or otherwise respond to the complaint. (See D.I. 70 and 71)

Dated: November 20, 2007

_____
(By) Deputy Clerk