IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-437-SLR |
| ) | |
| NURSE RACHEL CARTWRIGHT, ) | |
| DR. SITTA ALIE, and DR. BURNS, ) | |
| ) | |
| Defendants. ) | |

# ORDER

At Wilmington this 21st day of November, 2007, there having been no activity in the above-captioned case with respect to defendants Dr. Sitta Alie and Dr. Burns since service was effectuated and the time to file an answer or otherwise respond to the complaint has past pursuant to Fed. R. Civ. P. 12(a); and a default in appearance having been entered on the docket (D.I. 82);

IT IS ORDERED that, on or before **December 19, 2007,** plaintiff shall file a motion with the court for entry of judgment by default for said defendants in accordance with Fed. R. Civ. P. 55(b)(2) or show cause why said defendants should not be dismissed from the above-captioned action for failure to prosecute.  FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANTS.

_____
United States District Judge