IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
_____

LARRY F. Wilson )
  plaintiff, )
v. ) Civ. NO. 05-437-SLR
NURSE RACHEL CARTWRIGHT )
DR. Sitta Alie, and )
DR. Buens )
  Defendants )



## MOTION FOR ENTRY OF JUDGEMENT BY DEFAULT

IN accordance with Fed. R. Civ. P. 55(b)(2) the plaintiff respectfully request the honorable Court to find the defendants in default.
  The said defendants where given a timely fashion to respond and have failed to. As the Courts are aware the defendants DR. Sitta Alie, and DR. Burns have the same attorney(s) as defendant Nurse Rachel Cartwright who has responded by trying to be dismissed because she was only following orders, but this still makes her responsable. So the defendants failure to respond is a ploy to be dismissed without

argument because of their neglegence behavior that is the result of this claim to begin with.

Therefore due to the plaintiff undergoing three different surgery(s) and having ongoing problems with hand, as well as clearly establishing the defendants negligence and acts of deliberate indifference the plaintiff ask the court to grant this motion for default and give the plaintiff any and all relief that is due to him.

Dec. 3, 2007

*Larry F. Wilson*

LARRY F. Wilson
P.O BOX 500
S.C.I
Georgetown De. 19947

## Certificate of Service

I LARRY F. Wilson plaintiff swears under penalty of perjury that I have sent copy of original motion for entry by defualt to following. By us mail on Dec 3, 2007

Andrea C. Rodgers, Esq
Elzufon Austin Reardon
Tariov & Mondell
300 Delaware Avenue
P.O Box 1630
Wilm. De 19899

Dec 3, 2007

*Larry F Wilson*
LARRY F. Wilson
P.O BOX 500
S.C.I
Georgetown De.
19947

I/M: Larry F. Wilson    BLDG: Key B Quad
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk of Court
District Court
Lock Box 18 844 King St.
Wilmington De
19801