IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civ. No. 05-437-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, NURSE | ) |
| RACHAEL CARTWRIGHT and DR. SITTA ALIE, | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Now comes Defendant Rachael Cartwright, R.N. by and through her attorney, and hereby responds to Plaintiff's Motion For Default Judgment:

1. Plaintiff filed his Motion for Default Judgment against Dr. Burns and Dr. Sitta Alie with this Honorable Court on December 5, 2007.

2. In that document, Plaintiff stated that Dr. Burns and Dr. Alie are also represented by the same attorney who represents Rachel Cartwright, R.N., i.e., the undersigned attorney.

3. The undersigned attorney and law firm do not represent Dr. Burns or Dr. Alie and have never represented either physician in this action. The undersigned has no knowledge as to the service of or representation of Dr. Burns and Dr. Alie.

4. Plaintiff also completely misstates Nurse Cartwright's grounds for her Motion to Dismiss. These grounds will not be restated here as the grounds are fully set forth in said Motion, at D.I. 75.

5. Nurse Cartwright denies all allegations of negligence as previously set forth in her Answer to the Complaint.

6.  Defendant Cartwright takes no position on the remainder of Plaintiff's Motion.

WHEREFORE, defendant Rachel Cartwright, R.N., asks this Honorable Court to note the above stated facts for the record when deciding Plaintiff's Motion.

>                              ELZUFON, AUSTIN, REARDON,
>                              TARLOV & MONDELL, P.A.
>
>                              /s/ Andrea C. Rodgers
>                              _____
>                              JOHN A. ELZUFON – I.D. #177
>                              ANDREA C. RODGERS – I.D. #4350
>                              300 Delaware Avenue, Suite 1700
>                              P.O. Box 1630
>                              Wilmington, DE 19899-1630
>                              (302) 428-3181
>                              Attorney for Defendant/Rachael Cartwright, R.N.

Dated: December 17, 2007
G:\Docs\CLIENT\314\19310\pleading\00432352.DOC

## CERTIFICATE OF SERVICE

I, ANDREA C. RODGERS, ESQUIRE, do hereby certify that on this 17th day of December, 2007, a copy of the attached RESPONSE TO PLAINTIFFS MOTION FOR DEFAULT JUDGMENT was served By Regular Mail and via LexisNexis File & Serve on the following individuals of record:

Larry F. Wilson
Inmate No. 299-498
Sussex Community Correctional Center
23207 N. DuPont Blvd.
Georgetown, DE 19947

/s/ Andrea C. Rodgers
ANDREA C. RODGERS, ESQ. (I.D. #4350)

G:\Docs\CLIENT\314\19310\pleading\00432352.DOC