## IN UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LARRY F. WILSON,** | ) | |
| | ) | **C.A. No. 05-437- SLR** |
| | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL,** | ) | |
| **NURSE RACHEL CARTWRIGHT,** | ) | |
| **DR. SITTA ALIE, and DOCTOR** | ) | |
| **ROBERTA BURNS** | ) | |
| | ) | |
| **Defendants,** | ) | |

### ANSWER OF DEFENDANTS, DR. BURNS AND DR. SITTA ALIE, TO THE COMPLAINT

Defendants, Dr. Sitta Alie ("Dr. Alie") and Dr. Roberta Burns ("Dr. Burns"), respond as follows to the allegations set forth in the plaintiff's Complaint:

1.     Wrongful conduct by answering defendants is denied and it is denied that any conduct by defendant proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

2.     Denied that answering defendants had any role in the alleged injury or injury or disfigurement of the plaintiff on June 11, 2005.

3.     Denied that answering defendants were deliberately indifferent to a serious medical need.

### AFFIRMATIVE DEFENSES

4.     Plaintiff fails to state a claim for which relief may be granted.

5.    Answering Defendants were not deliberately indifferent to any serious medical condition.

6.    Plaintiff fails to state a claim against Answering Defendants for medical negligence pursuant to Delaware State Law.

7.    To the extent Plaintiff states a claim for medical negligence; such claim is barred by Plaintiff's failure to timely file, or seek an extension to file, an affidavit of merit pursuant to 18. Del. C. § 6853

8.    Plaintiff's claims are barred by the statute of limitations

9.    Answering defendants were not acting under the color of State law or Federal law.

10.    Plaintiff fails to adequately plead a claim for punitive damages.

11.    Answering defendants provided Plaintiff with medical care that was appropriate for his conditions and which met the applicable standard of care.

12.    Plaintiff's injuries, if any, resulted from a superseding, intervening cause.

13.    Plaintiff's injuries, losses, or damages, if any, were the direct, sole and proximate result of activities or conduct of persons or entities for whom the Answering Defendant was not responsible and over whom Answering Defendant had no authority or control.

14.    Answering Defendants, at all times material to the allegations of the Complaint, acted in good faith and with the reasonable belief, both objective and subjective, that their actions were lawful and not in violation of the rights of Plaintiff under the Constitution and the laws of the United States and/or the State of Delaware.

15.    Plaintiff's claims may be barred or limited by the provisions in the United States Civil Rights Act, as discovery will show.

16.    Plaintiff's claims may otherwise be barred by 28 U.S.C. § 1915.

17.    Plaintiff's claims may be barred or limited by contributory/comparative negligence.

18.    Plaintiff failed to mitigate his damages.

19.    Plaintiff's claims are barred by failure of service, by failure of service of process, lack of subject matter and/or personal jurisdiction.

20.    Answering defendants hereby adopt any and all additional defenses hereinafter asserted by her codefendants

21.    Answering defendants reserve the right to assert additional defenses in the future to the extent warranted by discovery.

### ANSWER TO ALL PRESENT AND FUTURE CROSS CLAIMS

22.    Answering Defendant denies all cross-claims asserted against them now or hereinafter.

**WHEREFORE**, the defendants ask that the Complaint against it be dismissed with prejudice and all costs be assessed against the plaintiff.

**HECKLER & FRABIZZIO**

Daniel L. McKenty
Attorney for Defendants
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE  19899-0128
Attorney for Defendants, Dr. Sitta Alie &
Dr. Roberta Burns

## CERTIFICATE OF SERVICE

I, Daniel L. McKenty, hereby certify that, on December 18, 2007, one copy of

defendants, Dr. Alie and Dr. Burns's, Answer to the Amended Complaint, were served, on the

following individuals:

Larry F. Wilson
#PRISON ID 299498
Sussex County Correctional Center
23207 DuPont Boulevard
Georgetown, DE  19947
   *By Mail*

Andrea C. Rodgers
John A. Elzufon
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE, 19899
      *By e-file*

HECKLER & FRABIZZIO

Daniel L. McKenty
Attorney for Defendant
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE  19899-0128
Attorney for Defendants, Dr. Alie & Dr.
Burns

DATE:   December 18, 2007