IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Larry F. Wilson
plaintiff

v.

First Correctional Medical,
Nurse Rachel Cartwright,
DR. Sitta Alie and Doctor
Roberta Burns
    Defendants

C.A. NO. 05-437-SLR

Jury of 12 Demanded

FILED
JAN 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## PLAINTIFF'S RESPONSE TO DEFENDANT(S) DR. SITTA ALIE, AND DR. ROBERTA BURNS ANSWERING BRIEF

1. The plaintiff objects to defendants ANSWERING due to the fact that according to Fed. Civ. Rules the motion is time barred as well as the clerk and the court ordering a default as well as plaintiff filing the same.

2. By the defendants claiming that their conduct never caused injuries, illnesses, un needed pain or damages clearly shows that their medical judgment and care is inaddaquate.

3. As for the defendants dening that they did not have any role in the plaintiffs injury or injury or disfigurement is clearly another act of not being medicaly inclined, as for when plaintiff arrived in medical office with a clearly seen disfigured hand Nurse Rachel Cartwright called DR. Sitta Alie and allegely explained the injury to her, at that time the Defendant DR. Sitta Alie diagnosed and ordered treatment over the phone without any X-RAys being taken stating that the plaintiffs hand had a merly dislocated finger and for Nurse Rachel Cartwright to pop it back in place. Note: The whole time the plaintiff(s) finger was broke in three places, and the other finger had injury to it also. So the defendant then takes a severly broken finger and is trying to pop it backin the socket, causing severe pain and more than likely more injury. The defendant then calls DR. Sitta Alie again and explains that its not going back in place and that the plaintiff is complaining, the DR. tells Nurse Rachel to give me two pain pills and in a ½ hr. try it again. This time plaintiff refuses and demands emergency medical assistance and with help from Witness C/P Duke now Srgt. Duke who witness everything we convinced the defendants to send plaintiff to hospital.

Now with this being said this is clearly an act of diliberate indifference as well as medical malpractice.

4. As for Defendant DR. Burns; plaintiff(s) emergency report stated that the plaintiff must see an orthapetic surgeon in 7-10 days, on the (5th) day of the injury the plaintiff saw DR. ROBERTA BURNS and asked for a consult to see a orthapetic surgeon as ordered, and the Defendants response was you don't need it, it is just another way for them to get more money. Because of this act of diliberate indifference and medical negligence the defendant caused the plaintiff life long injury and as a result will never be able to have full function of hand.

5. As for the rest of the brief the defendants are clearly grabbing straws so to speak to defend case and to deliberatley draw the attention from their actions that have caused the defendant to inflict 3 different surgery(s) and lost of function (full) of hand.

Therefore the plaintiff request a default of judgement in the amount of 3.5 million dollars against the defendants.

January 8, 2008

*Larry F. Wilson*

LARRY F. Wilson
P.O BOX 500
S.C.I
Georgetown De
    19947
SBI 299498

# CERTIFICATE OF SERVICE

I LARRY F. Wilson, hereby certify that, on Janurary 8, 2008 one copy of plaintiffs response to Defendants Answer Brief were mailed to the following:

Heckler & Frabizzio

Daniel L. McKenty
Attorney for defendant
The Corp. Plaza
800 Delaware Ave Suite 200
PO Box 128
Wilm. De 19899-0128

Janurary 8, 2008

Larry F. Wilson
LARRY F. Wilson
SBI 299498

I/M: Larry E Wilson SBI 255498 BLDG: Key
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk of Court
DISTRICT COURT
Lock Box 18 844 King St
Wilmington DE
19801

Legal Mail