Clerk of Court.                    March 17, 2008

I am writing you to inform the court that my mailing address has changed to 302 South Bedford St Georgetown De 19947 PH 302 854-9754 Cell 302 344-4009

Please make the necessary changes.

Larry Wilson

Case 05-437-SLR



FILED
MAR 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

cc - Betty

