AO 240 (Rev 10/03)
DELAWARE (Rev 5/06)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Larry F. Wilson
　　　Plaintiff

v.

Nurse Rachel Cartwright
et al.,
　　　Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 05-437 SLR

I, Larry Wilson, declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant　　☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
APR 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
B scanned

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☐ Yes  ☒ No  (If "No" go to Question)

   If "YES" state the place of your incarceration ___NA___

   **Inmate Identification Number (Required):** 299498

   Are you employed at the institution? N/A  Do you receive any payment from the institution? N/A

   *Attach a ledger sheet from the institution of your incarceration detailing all transactions over the past six months.*

2. Are you currently employed?  ☒ Yes  ☐ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $12hr $435.00 weekly, if I get 40hrs
   ISSAC(S) Insulation Georgetown De
   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev 10/03)
DELAWARE (Rev 5/06)

4. Do you have any cash or checking or savings accounts?    ☒ Yes   ☐ No

   If "Yes" state the total amount $ $43.67 Chk

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   JAnet L. Wilson (Daughters Mother)
   Kellie V.A. Wilson, mother is unemployed I pay there $600.00 Rent plus their food and exspense. I also pay $90 a month Court order fines, and my Rent of $550.00 a month

   I declare under penalty of perjury that the above information is true and correct.

   april 16, 2008
   DATE

   Larry F Wilson
   SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.





Larry Wilson
302 S. Bedford St.
Georgetown De
19947

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, De 19801-3570