IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-437-SLR |
| | ) |
| NURSE RACHEL CARTWRIGHT, DR. | ) |
| SITTA ALIE, and DR. BURNS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on April 14, 2008, this Court entered an order (D.I. 89) requiring plaintiff to either pay the filing fee or submit a new standard form application to proceed without prepayment of fees;

WHEREAS, plaintiff submitted an application to proceed without prepayment of fees (D.I. 90) on April 21, 2008;

NOW THEREFORE, the Court having considered plaintiff's application, at Wilmington this 23d day of April, 2008;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge