Clerk of Court                         May 05, 08

                                    Case 05-437 SLR

I am respectfully request the court to expitite my case, my case has been before the court for approx 3 yrs, and I am requesting to move forward in these procedures.

Sincerly

Larry F Wilson

**FILED**
**MAY - 7 2008**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE