

Clerk of Court                    May 5, 2008

                    Case 05-437 SLR

I am writing in reference to my new address I no longer reside at 302 S. Bedford st. Georgetown De 19947. My new address is 107 W. 3rd St Apt E Lewes De 19956 Please make note of this change of address on docket.

                    Sincerly
                    Larry F Wilson
                    LARRY F. Wilson

FILED

MAY - 7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned



WILMINGTON DE 197

06 MAY 2008 PM 3

USA 41

U.S.M.S.
X-RAY

Larry F. Wilson
107 W 3rd St. Apt E
Lewes De. 19954

Clerk of Court
District Court
Lock Box 18
844 King St
Wilmington De, 19973