IN UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY F. WILSON,<br>　　　　Plaintiff<br>v.<br><br>NURSE RACHEL CARTWRIGHT,<br>DR. SITTA ALIE, and DOCTOR<br>ROBERTA BURNS<br>　　　　Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-437- SLR<br><br>JURY OF 12 DEMANDED |

## AMENDED CERTIFICATE OF SERVICE

I, Daniel L. McKenty, hereby certify that, on May 20, 2008, one copy of defendant, Motion to Withdraw, were served, on the following individuals:

<u>VIA US MAIL</u>
Larry F. Wilson
107 W. 3rd Street, Apt. E
Lewes, DE  19956

<u>VIA E-FILE</u>
Andrea C. Rodgers
John A. Elzufon
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE, 19899

<u>VIA US MAIL</u>
Dr. Sitta Alie
c/o First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

<u>VIA US MAIL</u>
Dr. Roberta Burns
c/o First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

HECKLER & FRABIZZIO

/s/Daniel L. McKenty
Daniel L. McKenty (I.D. 2689)
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendants

DLM/dmd/396074