IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-437-SLR |
| ) | |
| NURSE RACHEL CARTWRIGHT, ) | |
| DR. SITTA ALIE, and DR. BURNS, ) | |
| ) | |
| Defendants. ) | |

### ORDER

At Wilmington this 2nd day of June, 2008, having reviewed the pending motion to withdraw as counsel for defendants, Dr. Sitta Alie and Dr. Burns, and there being no opposition filed thereto;

IT IS ORDERED that said motion (D.I. 94) is **granted**.

IT IS FURTHER ORDERED that, on or before **August 4, 2008,** defendants Dr. Sitta Alie and Dr. Burns shall retain new counsel, or shall inform the court that they are proceeding pro se, that is, without the help of counsel. Failure of defendants to timely comply with this order shall be considered a failure to defend and the court shall conduct a hearing at sometime in the future to determine whether judgment (and in what amount) shall be entered against them.

_____
United States District Judge