IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-437-SLR |
| | ) |
| NURSE RACHEL CARTWRIGHT, | ) |
| DR. SITTA ALIE, and DOCTOR | ) |
| ROBERTA BURNS, | ) |
| | ) |
| Defendants. | ) |

# ORDER

At Wilmington this 9th day of June, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to dismiss (D.I. 75) is granted.

*[signature]*
United States District Judge