IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY F. WILSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-437 SLR |
| | : | |
| DR. SITTA ALIE, and | : | |
| DR. BURNS, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendant Dr. Sitta Alie. This entry of appearance is not a waiver of any defense available to defendant and all defenses to the above-captioned action are reserved.

BALICK & BALICK, LLC

　　　/s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant Dr. Sitta Alie

Date: July 25, 2008