## CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 25th day of July 2008, the foregoing Entry of Appearance was filed via CM/ECF and served First Class Mail upon the following:

>Mr. Larry F. Wilson
>107 W 3rd St., Apt E
>Lewes, DE 19956
>302-854-9754

>/s/ James E. Drnec
>James E. Drnec, Esquire (#3789)