**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 25th day of July 2008, the foregoing Dr. Sitta Alie's Motion to Dismiss was filed via CM/ECF and served First Class Mail upon the following:

>   Mr. Larry F. Wilson
>   107 W 3rd St., Apt E
>   Lewes, DE 19956
>   302-854-9754

>      /s/ James E. Drnec
>   James E. Drnec, Esquire (#3789)