# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY F. WILSON, | : | **C. A. NO.: 05-437 SLR** |
| | : | |
| Plaintiff | | |
| | : | |
| v. | : | |
| | : | |
| NURSE RACHEL CARTWRIGHT, | : | **TRIAL BY JURY DEMANDED** |
| DOCTOR SITTA ALIE, and | : | |
| DOCTOR ROBERTA BURNS, | : | |
| | | |
| Defendants | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of defendant, Doctor Roberta Burns, in the above-captioned matter.

                                         MARSHALL, DENNEHEY, WARNER,
                                         COLEMAN & GOGGIN

                                         BY: */s/Kevin J. Connors*
                                         KEVIN J. CONNORS, ESQ.
                                         DE Bar ID: 2135
                                         1220 North Market Street, 5th Fl.
                                         P.O. Box 8888
                                         Wilmington, DE 19899-8888
                                         Attorney for Defendant, Doctor Roberta Burns

**DATED: AUGUST 4, 2008**

15/653636.V1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY F. WILSON, | : | **C. A. NO.: 05-437 SLR** |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NURSE RACHEL CARTWRIGHT, | : | **TRIAL BY JURY DEMANDED** |
| DOCTOR SITTA ALIE, and | : | |
| DOCTOR ROBERTA BURNS, | : | |
| | : | |
| Defendants | : | |

## **CERTIFICATE OF SERVICE**

I, Kevin J. Connors, hereby certify that the foregoing Entry of Appearance on behalf of Doctor Roberta Burns, in the above captioned matter was served this date via electronic filing upon all counsel of record.

                                    MARSHALL, DENNEHEY, WARNER,
                                    COLEMAN & GOGGIN

                                    BY:  */s/Kevin J. Connors*
                                    KEVIN J. CONNORS, ESQ.
                                    DE Bar ID: 2135
                                    1220 North Market Street, 5th Fl.
                                    P.O. Box 8888
                                    Wilmington, DE 19899-8888
                                    Attorney for Defendant, Doctor Roberta Burns

**DATED:  AUGUST 4, 2008**

15/653636.v1