IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY F. WILSON,              ) | |
|                                              ) | |
|           Plaintiff,                      ) | |
|                                              ) | |
|      v.                                     ) | Civ. No. 05-437-SLR |
|                                              ) | |
| DR. SITTA ALIE and DR. BURNS, ) | |
|                                              ) | |
|           Defendants.                 ) | |

# O R D E R

At Wilmington this 28th day of August, 2008, defendant having filed a motion to dismiss on July 25, 2008;

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

1. Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **September 29, 2008**.

2. Defendant may file and serve a reply brief on or before **October 14, 2008**.

_____
United States District Judge